CX.

S.1.

RECEIPT NUMBER
509180

52pgs

# ORIGINAL

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

SALVADOR LEYVA,

                    Plaintiff,

v

COACHMEN R.V. COMPANY, L.L.C., an Indiana Corporation, and
MICHAL ENTERPRISES, INC. d/b/a WALT MICHAL'S RV CENTER
a Michigan Corporation, Jointly and Severally,

                    Defendants.

MAGISTRATE JUDGE R. STEVEN WHALEN

```
JUDGE : Gadola, Paul V.
DECK  : S. Division Civil Deck
DATE  : 06/15/2004 @ 14:30:43
CASE NUMBER : 4:04CV40171
CMP SALVADOR LEYVA V COACHMEN R
V CO ET AL (DQH)
```

_____/

CONSUMER LEGAL SERVICES, P.C.
MARK ROMANO P-44014
STEVEN S. TOTH P-44487
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI 48135
(734) 261-4700

_____/

'04 JUN 15 P2:37

DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT-PSG

FILED

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred or otherwise disposed of after having been assigned to a judge in this Court.

## COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, by and through Plaintiff's attorneys, CONSUMER LEGAL SERVICES, P.C., who complains against the above named Defendants as follows:

1.      Plaintiff is a resident of the City of Croswell, Sanilac County, Michigan.

2.      Defendant, Coachmen R.V. Company, L.L.C. (hereinafter referred to as "Manufacturer"), is an Indiana corporation engaged in the manufacture, sale distribution and/or importing of Motor Homes and related equipment, with its principal place of business in the City of Middlebury, Indiana.

3.      Defendant, Michal Enterprises, Inc. d/b/a Walt Michal's R.V. Center (hereinafter referred to as "Seller"), is a Michigan corporation authorized to do business in the State of Michigan and, at all times relevant hereto, was an authorized agent for the Manufacturer, and was engaged in the business of selling and servicing Manufacturer's Motor Homes in the City of Belleville, Wayne County, Michigan.

4.      On or about September 29, 2002, Plaintiff purchased a new 2003 Coachmen Motor Home, VIN: 4UZAAJBVX2CL01064 (hereinafter referred to as "2003 Motor Home"), from the Seller which was manufactured by the Manufacturer (see Retail Installment Contract attached as Exhibit A).

5.      Along with the sale of the 2003 Motor Home, Plaintiff received written warranties and other express and implied warranties including, by way of example and not by way of limitation, warranties from Manufacturer and Seller (a copy of the written warranty is in the possession of the Defendants).

6.      The Manufacturer's authorized agents/dealers, including the Seller, have attempted to repair the 2003 Motor Home's defects on at least ten (10) separate occasions and the motor home has been out of service due to repair for at least 154 days (see copy of repair orders, attached as Exhibit B).  By way of example, and not by way of limitation, the defects with Plaintiff's 2003 Motor Home include the following:

CONSUMER LEGAL SERVICES

-2-

| Date | Days | Mileage | Invoice # | Complaint |
|------|------|---------|-----------|-----------|
| 10/22/02 | 16 | 5,268 | 41811 | **ELECTRICAL DEFECT:** Power mirror switch illuminates intermittently cuts out; **WATER LEAK:** when raining water leaks onto entry door carpeting and steps; wood chips are coming out from vents when a/c is on coming from vents above microwave and one in bedroom; **HVAC DEFECT:** a/c is not cooling enough in the rear of vehicle; **STRUCTURAL DEFECT:** damage upon delivery stone chips at passenger side front glass; entry door very hard to open and close feels restricted; passenger side storage compartment door shock has come off door; front sealer is peeling away from roof light mount |
| 01/17/03 | 1 | 11,771 | 42525 | **HVAC DEFECT:** A/C ducts have wood chips in them and the a/c does not blow hard enough in rear; **WATER LEAK:** windshield leaks water inside passenger side window leak on driver side; when raining rain comes in and soaks carpet and stairs; **ELECTRICAL DEFECT:** dome light under tv stays on all the time; steps entry door do not work can hear motor but steps will not move; power mirror switch illuminates intermittently cuts out; **STRUCTURAL DEFECT:** left closet door by bed opens by itself all the time; light next to bed on left side tilts down, not tight; generator has used 2 qts of oil since customer owned unit; stone chips at passenger side front; entry door very hard to open and close feels restricted; dome lights on top of unit outside yellow lights the seals are peeling away from roof light; slide out at top inside seal fell off |

CONSUMER LEGAL SERVICES

| <u>Date</u> | <u>Days</u> | <u>Mileage</u> | <u>Invoice #</u> | <u>Complaint</u> |
|---|---|---|---|---|
| 03/06/03 | 9 | 12,400 | 32523 | **STRUCTURAL DEFECT:** Wind noise left front; lamp by bed tilts when driving; closet door by bed opens; front run lamps seals loose; top slide seal off; **WATER LEAK:** door gutter drips in coach; **ELECTRICAL DEFECT:** power mirror switch lamp inoperative; dome light under tv always on |
| 06/10/03 | 8 | 12,451 | 33650 | **ELECTRICAL DEFECT:** Customer states rear view mirror camera has interference |
| 09/09/03 | 8 | 13,669 | 34861 | **ELECTRICAL DEFECT:** Customer states disconnect solenoid inoperative; drivers side fan doesn't work unless tap on; mirror switch does not light up at night; half of cd player does not light up in display; **STRUCTURAL DEFECT:** windshield exterior seal needs sealed; slide out seal inside hanging down; slide out seal exterior coming off; lazy susie in cabinet apart; **WATER LEAK:** bathroom toilet leaks around base |
| 09/24/03 | 7 | 13,755 | 35041 | **ELECTRICAL DEFECT:** Customer states only half of cd player lights up; drivers side fan inoperative; mirror switch does not light up at night; check light keeps coming on fridge; **WATER LEAK:** toilet leaks bad around base; water still coming in slide out and seal coming off; **FRONT END DEFECT:** squeak coming from right front wheel when driving; **STRUCTURAL DEFECT:** bathroom vent crank stripped; wall board in bathroom left side loose; leno has something sticking almost like a nail wanting to come through; entrance screen door when closed gap top corner; drivers side front outside spray foam coming out; luggage compartment not sealed when light on at night can see right in |

CONSUMER LEGAL SERVICES

| **Date** | **Days** | **Mileage** | **Invoice #** | **Complaint** |
|---|---|---|---|---|
| 09/29/03 | 36 | 13,756 | | **WATER LEAK:** Water coming in slide out and seals coming off; **FRONT END DEFECT:** squeal at right front when driving; **ENGINE DEFECT:** generator starts very hard when cold; **ELECTRICAL DEFECT:** passenger side rear lower brake light inoperative; **STRUCTURAL DEFECT:** entrance screen door when closed has huge gap; passenger side outside panel piece popped out; drivers side front spray foam coming out by fender; luggage compartment not sealed properly; something under lino |
| 01/29/04 | 37 | 13,805 | 36324 | **STRUCTURAL DEFECT:** Windshield molding exterior coming off wont stay sealed; table is really loose; passenger front luggage compartment seal; battery disconnected; dashboard loose on left side since cd player installed; seal in left side of shower there's a big gap **TRANSMISSION DEFECT:** wont go into reverse; **ELECTRICAL DEFECT:** horn inoperative; right rear brake light inoperative; entry step operation would not pull out; battery light is on and voltage gauge dropped down |
| 03/24/04 | 30 | 35,820 | 36799 | **ELECTRICAL DEFECT:** battery light came on while driving on freeway alternator not charging; **ENGINE DEFECT:** check engine light keeps coming on; customer states unit wont start with key; **WATER LEAK:** passenger front luggage comp seal leaks; **FRONT END DEFECT:** snapping noise in front brakes when applied; passenger side rear inner tire losing air |

CONSUMER LEGAL SERVICES

| Date | Days | Mileage | Invoice # | Complaint |
|------|------|---------|-----------|-----------|
| 04/05/04 | 2 | N/A | 20062 | **ELECTRICAL DEFECT:** Chassis disconnect solenoid inoperative; entry steps noisy sounds like gears stripped or skipping; noise in radio when defrost fans are on; back up monitor gets static; wiper washer hoses always binding; **STRUCTURAL DEFECT:** entry door binds; leno bubbling up; left front trim cracked; rear wheel liner off center; passenger front compartment door seal; **WATER LEAK:** passenger side inside rear dual slow leak |

**Days Out of Service: 154**

7.     This cause of action arises out of Defendants', various breaches of warranties, violations of statutes as hereinafter alleged.

8.     The amount in controversy exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendants, together with equitable relief.  In addition, Plaintiff seeks damages from Defendants for incidental, consequential and actual damages including interest, costs, and actual attorneys' fees.

**COUNT I**
**BREACH OF EXPRESS WARRANTY**

9.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 8 as though herein fully restated and realleged.

10.     Plaintiff is a "buyer" under the Michigan Uniform Commercial Code, MCLA 440.2103; MSA 19,2103.

11.     Manufacturer and Seller are "sellers" under the Michigan Uniform Commercial Code, MCLA 440.2103; MSA 19.2103.

CONSUMER LEGAL SERVICES

-6-

12. The 2003 Motor Home constitutes "goods" under the Michigan Uniform Commercial Code, MCLA 440.2105; MSA 2105.

13. This is a "transaction in goods", to which MCLA 440.2102; MSA 19.2105 is applicable.

14. Plaintiff's purchase of the 2003 Motor Home was accompanied by an express warranty, written and otherwise offered by the Manufacturer and Seller. Whereby said warranty was part of the basis of the bargain of the contract, upon which Plaintiff relied, between Plaintiff and Manufacturer/Seller for its sale of the home.

15. In this express warranty, the Manufacturer warranted if any defects were discovered within certain periods of time, the Manufacturer and/or Seller would provide repair of the 2003 Motor Home free of charge to Plaintiff under specific terms as stated in the express warranty.

16. In fact, Plaintiff discovered the 2003 Motor Home had defects and problems after Plaintiff purchased the home as discussed above.

17. Plaintiff notified Manufacturer and Seller of the aforementioned defects.

18. Plaintiff has provided the Seller and the Manufacturer with sufficient opportunities to repair or replace the 2003 Motor Home.

19. Plaintiff has reasonably met all obligations and pre-conditions as provided in the express warranty.

20. The Manufacturer and Seller have failed to adequately repair the 2003 Motor Home and/or have not repaired the 2003 Motor Home in a timely fashion, and the 2003 Motor Home remains in a defective condition.

CONSUMER LEGAL SERVICES

21.    The 2003 Motor Home's defects have rendered the limited warranty ineffective to the extent that the limited remedy of repair and/or adjustment of defective parts failed of its essential purpose pursuant to MCLA 440.2719(2); MSA 19.2719(2); and/or the above remedy is not the exclusive remedy under MCLA 440.2719(1)(b); MSA 19.2719(1)(b).

22.    The 2003 Motor Home continues to contain defects which substantially impair the value of the 2003 Motor Home to the Plaintiff.

23.    These defects could not reasonably have been discovered by the Plaintiff prior to Plaintiff's acceptance of the 2003 Motor Home.

24.    The Manufacturer and Seller induced Plaintiff's acceptance of the 2003 Motor Home by agreeing, by means of the express warranty, to remedy, within a reasonable time, those defects which had not been or could not have been discovered prior to acceptance.

25.    The many defective conditions on the 2003 Motor Home have substantially impaired the value to the Plaintiff.

26.    If the finder of fact finds revocation and/or rejection was improper, then, in the alternative, Plaintiff alleges that as of the date of revocation, the 2003 Motor Home was in substantially the same condition as at delivery except for damage caused by its own defects and ordinary wear and tear.  Therefore, Plaintiff is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted.

27.    The Manufacturer and Seller have refused Plaintiff's demands and have refused to provide Plaintiff with the remedies to which Plaintiff is entitled pursuant to MCLA 440.2313; MSA 19.2313 and MCLA 440.2711, 440.2714 and 440.2715; MSA 19.2711, 19.2714 and 19.2715.

WHEREFORE, Plaintiff prays for judgment against Manufacturer and Seller:

A.    Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B.    For a refund of the purchase price paid by Plaintiff for the 2003 Motor Home;

C.    To cancel Plaintiff's retail installment contract and pay off the balance on the contract;

D.    For incidental, consequential and actual damages;

E.    For costs, interest and actual attorneys' fees; and

F.    For such other relief this Court deems appropriate.

## COUNT II
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

28.    Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 27 as though herein fully restated and realleged.

29.    The Manufacturer and Seller are "merchants" with respect to automobiles under the Michigan Uniform Commercial Code, MCLA 440.2104; MSA 19.2104.

30.    The 2003 Motor Home was subject to implied warranties of merchantability under MCLA 440.2314; MSA 19.2314, running from the Manufacturer and the Seller to the benefit of Plaintiff.

31.    The 2003 Motor Home was not fit for the ordinary purpose for which such goods are used.

CONSUMER LEGAL SERVICES

32.     The defects and problems hereinbefore described rendered the 2003 Motor Home unmerchantable.

33.     The Manufacturer and Seller failed to adequately remedy the defects in the 2003 Motor Home; and the 2003 Motor Home continues to be in an unmerchantable condition at the time of revocation.

WHEREFORE, Plaintiff prays for judgment against Manufacturer and Seller:

A.     Declaring acceptance has been properly revoked and for damages incurred in revoking acceptance;

B.     For damages occasioned by the breach of the implied warranty;

C.     For a refund of the purchase price paid by Plaintiff for the 2003 Motor Home;

D.     To cancel Plaintiff's retail installment contract and pay off the balance on the contract;

E.     For consequential, incidental and actual damages;

F.     Costs, interest and actual attorneys' fees; and

G.     Such other relief this Court deems appropriate.

## COUNT III
## REVOCATION OF ACCEPTANCE

34.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 33 as though herein fully restated and realleged.

35.     Plaintiff accepted the 2003 Motor Home without discovering the above defects due to the fact Plaintiff was reasonably induced to accept the home by the difficulty of discovery of the above defects.

CONSUMER LEGAL SERVICES

36.     In the alternative, Plaintiff reasonably assumed, and Manufacturer and Seller represented, that all of the aforesaid defects and/or nonconformities would be cured within a reasonable time.

37.     After numerous attempts by Defendants to cure, it has become apparent the nonconformities could not be seasonably cured.

38.     The nonconformities substantially impaired the value of the 2003 Motor Home to the Plaintiff.

39.     Plaintiff has previously notified Manufacturer and Seller of the nonconformities and Plaintiff's intent to revoke acceptance pursuant to MCLA 440.2608; MSA 19.2608 and demanded the refund of their purchase price for the 2003 Motor Home and out-of-pocket expenses. (See copy of Plaintiff's revocation of acceptance letter attached as Exhibit C).

40.     Manufacturer and Seller have nevertheless refused to accept return of the 2003 Motor Home and have refused to refund any part of the sum equal to the purchase price and out-of-pocket expenses incurred by Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Manufacturer and Seller:

A.     Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B.     For a refund of the purchase price paid by Plaintiff for the 2003 Motor Home;

C.     To cancel Plaintiff's retail installment contract and pay off the balance on the contract;

D.     For consequential, incidental and actual damages;

E.      Costs, interest and actual attorneys' fees; and

F.      Such other relief this Court deems appropriate.

**COUNT IV**
**BREACH OF WRITTEN WARRANTY UNDER**
**MAGNUSON-MOSS WARRANTY ACT**

41.      Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 40 as though herein fully restated and realleged.

42.      Plaintiff is a "consumer" as defined in the Magnuson-Moss Warranty Act (hereinafter referred to as the "Warranty Act") 15 USC 2301(3).

43.      The Seller is a "supplier" and "warrantor" as defined by the Warranty Act, 15 USC 2301(4) and (5).

44.      The Manufacturer is a "supplier" and "warrantor" as defined by the Warranty Act, 15 USC 2301(4) and (5).

45.      The 2003 Motor Home is a "consumer product" as defined in the Warranty Act, 15 USC 2301(1).

46.      The 2003 Motor Home was manufactured, sold and purchased after July 4, 1975.

47.      The express warranty given by the Manufacturer pertaining to the 2003 Motor Home is a "written warranty" as defined in the Warranty Act, 15 USC 2301(6).

48.      The Seller is an authorized dealership/agent of the manufacturer designated to perform repairs on motor homes under Manufacturer's motor home warranties.

CONSUMER LEGAL SERVICES

49.     The above-described actions (failure to repair and/or properly repair the above-mentioned defects, etc.), including failure to honor the written warranty, constitute a breach of the written warranty by the Manufacturer and Seller actionable under the Warranty Act, 15 USC 2310(d)(1) and (2).

WHEREFORE, Plaintiff prays for judgment against Manufacturer and Seller:

A.     Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B.     For a refund of the purchase price paid by Plaintiff for the 2003 Motor Home;

C.     To cancel Plaintiff's retail installment contract and pay off the balance on the contract;

D.     For consequential, incidental and actual damages;

E.     For costs, interest and actual attorneys' fees; and

F.     Such other relief this Court deems appropriate.

### COUNT V
### BREACH OF IMPLIED WARRANTY UNDER
### MAGNUSON-MOSS WARRANTY ACT

50.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 49 as though herein fully stated and realleged.

51.     The above-described actions on the part of the Seller and Manufacturer constitute a breach of the implied warranties of merchantability actionable under the Warranty Act, 15 USC 2301(7), 2308, 2310(d)(1) and (2).

WHEREFORE, Plaintiff prays for judgment against Manufacturer and Seller:

A.     Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

CONSUMER LEGAL SERVICES

B.      For a refund of the purchase price paid by Plaintiff for the 2003 Motor Home;

C.      To cancel Plaintiff's retail installment contract and pay off the balance on the contract;

D.      For consequential, incidental and actual damages;

E.      For costs, interest and actual attorneys' fees; and

F.      Such other relief this Court deems appropriate.

## COUNT VI
## VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT
## MCLA 445.901 ET SEQ.

52.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 51 as though herein fully restated and realleged.

53.     Plaintiff is a "person" within the meaning of MCLA 445.903(c); MSA 19,418(2)(c).

54.     Manufacturer and Seller are engaged in "consumer transactions" as defined in MCLA 445.902(d).

55.     The Manufacturer and Seller have engaged in unlawful, unfair, unconscionable, or deceptive methods, acts or practices, including but not limited to:

(a)     The Manufacturer and Seller represented to Plaintiff the 2003 Motor Home and the warranty thereof had characteristics, uses, benefits, qualities, and standards which they did not actually have.

(b)     The Manufacturer and Seller represented to Plaintiff the 2003 Motor Home and the warranty thereof were of a particular quality and standard and they were not.

CONSUMER LEGAL SERVICES

-14-

(c)     If Plaintiff allegedly waived a right, benefit, or immunity provided by law in purchasing the 2003 Motor Home, the Manufacturer and Seller have failed to clearly state the terms of such waiver and Plaintiff has not specifically consented to such waiver.

(d)     The Manufacturer and Seller have failed to restore an amount equal to Plaintiff's down payment and other payments made by Plaintiff on the 2003 Motor Home.

(e)     The Manufacturer and Seller have made gross discrepancies between the oral representations to Plaintiff and written agreements covering the same transaction relative to the 2003 Motor Home and the Manufacturer failed to provide the promised benefits to Plaintiff with regard thereto.

(f)     The Manufacturer and Seller have made representations of fact and/or statements of fact material to said transaction such that the Plaintiff reasonably believed that the represented or suggested standard, quality, characteristics, and uses of the 2003 Motor Home to be other than they actually were.

(g)     The Manufacturer and Seller have made representations of fact and/or statements of fact material to such transaction such that the Plaintiff reasonably believed that the represented or suggested service to the 2003 Motor Home to be other than it actually was.

(h)     The Manufacturer and Seller have failed to provide the promised benefits to Plaintiff with regard to the sale of the 2003 Motor Home to Plaintiff.

56.     The Plaintiff has suffered loss and damages as a result of the aforesaid violations of the Consumer Protection Act.

CONSUMER LEGAL SERVICES

-15-

WHEREFORE, Plaintiff prays this Court enter a declaratory judgment as to the violations of the Michigan Consumer Protection Act and for judgment against Manufacturer and Seller for all damages Plaintiff has incurred, including reasonable attorneys' fees as provided by statute, together with interest, costs and expenses of this suit, and such other relief as this Court deems appropriate and equitable.

**COUNT VII**
**<u>BREACH OF CONTRACT</u>**

57.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 56 as though herein fully restated and realleged.

58.     An express limited warranty covering one year from the date of purchase, accompanied the delivery of the 2003 Motor Home to Plaintiff.   The limited warranty provided the Seller would repair or adjust all parts found to be defective in factory-supplied materials or workmanship.

59.     The limited warranty, given by the Manufacturer and adopted by the Seller when the Seller serviced and repaired the 2003 Motor Home created a contractual relationship between the Manufacturer/Seller and Plaintiff.

60.     The Manufacturer and Seller have breached the express limited warranty contract in that they have failed to repair or adjust defective parts covered under the limited warranty, have failed to do the same within the limited warranty coverage period, and within a reasonable time.

WHEREFORE, Plaintiff prays for judgment against all Defendants:

A.     Damages incurred by Plaintiff created by Defendants' breach of contract, including all monies paid for the purchase of the 2003 Motor Home;

CONSUMER LEGAL SERVICES

-16-

B.      For return of an amount equal to Plaintiff's downpayment and all payments made by Plaintiff to the Defendants;

C.      For incidental, consequential, exemplary and actual damages;

D.      To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

E.      For costs and expenses, interest, and actual attorneys' fees; and

F.      Such other relief this Court deems appropriate.

## COUNT VIII
## RESCISSION OF CONTRACT

61.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 60 as though herein fully restated and realleged.

62.     An express limited warranty covering one year from the date of purchase, accompanied the delivery of the 2003 Motor Home to Plaintiff.  The limited warranty provided the Seller would repair or adjust all parts found to be defective in factory-supplied materials or workmanship.

63.     The limited warranty, given by the Manufacturer and adopted by the Seller when the Seller serviced and repaired the 2003 Motor Home created a contractual relationship between the Manufacturer/Seller and Plaintiff.

64.     The Manufacturer and Seller have breached the express limited warranty contract in that they have failed to repair or adjust defective parts covered under the limited warranty, have failed to do the same within the limited warranty coverage period, and within a reasonable time.

65.     The actions of the Manufacturer and Seller have resulted in a failure of consideration justifying the rescission of the contract.

CONSUMER LEGAL SERVICES

-17-

66.     Without a judicial declaration that the contract has been rescinded, Plaintiff will suffer irreparable and substantial harm if the consideration paid by Plaintiff and damages sustained by Plaintiff, together with interest, are not restored.

WHEREFORE, Plaintiff prays for judgment and the following relief against all Defendants:

A.     That this Court order a rescission of the purchase and retail installment contract by refunding all monies paid by Plaintiff, terminating the retail installment contract, requiring the Defendants to pay off the balance of the contract and ordering Plaintiff to return the 2003 Motor Home to the Defendants;

B.     Damages incurred by Plaintiff created by Defendants' breach of contract, including all monies paid for the purchase of the 2003 Motor Home;

C.     For return of an amount equal to Plaintiff's downpayment and all payments made by Plaintiff to the Defendants;

D.     For incidental, consequential and actual damages;

E.     For costs and expenses, interest, and actual attorneys' fees; and

F.     Such other relief this Court deems appropriate.

## JURY DEMAND

Plaintiff demands trial by jury on all issues triable as such.

Respectfully submitted,

CONSUMER LEGAL SERVICES, P.C.

By:

MARK ROMANO P-44014
STEVEN S. TOTH P-44487
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI  48135
(734) 261-4700

Dated: June 9, 2004

FROM : MEGAN          FAX NO. : 18106790092          May. 27 2004 01:50PM  P2


**Bank of America.**

## RETAIL INSTALLMENT CONTRACT, SECURITY AGREEMENT, AND DISCLOSURE STATEMENT
### (Simple Interest)

DATE  09/29/2002

SELLER'S NAME  WALT MICHAL'S R. V. CENTER          BUYER'S NAME  SALVADOR LEYVA
ADDRESS  44700 N. I-94 SERVICE DRIVE          BUYER'S NAME
CITY  BELLEVILLE          STATE  MI  ZIP  48112-0804  ADDRESS  16 N FLOWER ST
SALESPERSON  DOUG R. MCGINN          CITY  CROSWELL          STATE  MI  ZIP  48422

**NOTICE TO BUYERS OF USED VEHICLES (AS DEFINED IN THE FTC USED MOTOR VEHICLE TRADE REGULATION RULE): The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

| VEHICLE DESCRIPTION | New or Used | Year | Class | Make and Model | Vehicle Identification No. | Odometer Miles |
|---|---|---|---|---|---|---|
| | NEW | 2003 | OTHER | SPORTSCO CC3540 | 4UZAAJBVX2CL01064 | 221 |
| | Other - Description (Length, Width; AC, etc.) | | | | | |
| | ☐ Purchase order attached as exhibit and incorporated herein | | | | | |

The words "I," "me," and "my" refer to each person who signs as Buyer. The words "you" and "your" refer to the Seller or holder of this contract. If more than one person signs below as Buyer, each person is jointly and severally liable for the promises made in this contract.

**AGREEMENT:** I agree that it was my decision to purchase the property described above at the Total Sale Price rather than paying cash for the property at the Cash Price, which is less. In return for your financing for me the purchase of the property described above, I agree as follows:

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including my downpayment of $ 30000.00 |
|---|---|---|---|---|
| 6.75 % | $ 60125.54 | $ 100693.66 | $ 160819.20 | $ 190819.20 |

My payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| N/A | $ N/A | N/A |
| 180 | $ 893.44 | Monthly Starting  11/13/2002 |

**Security:** I am giving a security interest in the property being purchased.
**Late Payment:** If any part of a payment is late, I will be charged 5% of the scheduled payment, or $15, whichever is greater.
**Prepayment:** If I pay off early, I will not have to pay a penalty.
See the contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and security interests.

**ITEMIZATION OF THE AMOUNT FINANCED**

1. Cash Price (including any accessories, services, and taxes) — $ 122446.00 (1)
2. Total Downpayment = Net Trade-In $ N/A + Cash Downpayment $ 30000.00 — $ 30000.00 (2)
   My Trade-In is a (Year)          (Make)          (Model)
3. Unpaid Balance of Cash Price (1 minus 2) — $ 92446.00 (3)
4. Other Charges Including Amounts Paid to Others on My Behalf:
   A  Cost of Physical Damage Insurance Purchased through You and Paid to the Insurance Company Named Below — *$ N/A
   B  Cost of Personal Liability and Property Damage Liability Insurance Purchased through You and Paid to the Insurance Company Named Below — *$ N/A
   C  Cost of Service Contract Paid to Provider Below — *$ N/A
   D  Cost of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below
      Life $ N/A          Disability, Accident and Health $ N/A — *$ N/A          *Some part of these charges may be paid to or retained by the Seller.
   E  Official Fees Paid to Public Officials (Itemize) — $ N/A
   F  Taxes Not Included in Cash Price Paid to Public Officials — $ 7349.16
   G  Government License and/or Registration Fees Paid to Public Officials (Itemize)
      LICENSE FEE — $ 848.00
   H  Government Certificate of Title Fees Paid to Public Officials — $ 10.50

EXHIBIT A

Other Charges (You must identify who will receive payment and describe purpose)

| to | N/A | for | N/A | $ | N/A | |
|---|---|---|---|---|---|---|
| to | WALT MICHAL'S R. V. CENTER | for | DOC FEE | $ | 40.00 | |

Total Other Charges and Amounts Paid to Others on My Behalf ........ $ 8247.66 (4)

5. Amount Financed — Unpaid Balance (3 + 4) ........ $ 100693.66 (5)

**REQUIRED PHYSICAL DAMAGE INSURANCE:** Physical damage insurance is required and I may buy it from anyone I want who is acceptable to you.

☐ I want to buy the insurance checked below through you and I agree to pay the additional cost which is shown in either 4A or 4B of the Itemization above. This cost is included in the Amount Financed. I understand that I must read the insurance policy for exact coverages and exclusions.

Term: __N/A__ months.  Insurance Company: __N/A__   Premium

**CHECK ONE**

☐ Physical damage insurance (☐ including personal effects coverage)   $ N/A
☐ $ N/A Deductible Collision   $ N/A
☐ $ N/A Deductible Comprehensive including Fire, Theft and Combined Additional Coverage   $ N/A
☐ $ N/A Deductible Personal Liability and Property Damage Liability Coverage   $ N/A
Total Required Physical Damage Insurance   $ N/A

Optional, if desired - ☐ Towing and Labor Costs  ☐ Rental Reimbursement  ☐ CB Radio Equipment   $ N/A

☒☒ I have bought, or will buy, required coverages through:
Insurance Company or Agent: _____

A Service Contract is not required. This is an option which costs the amount indicated below. The Service Contract is more fully described in the contract or certificate describing it. Please read those documents before signing this contract. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.

Service Contract: $ __N/A__ Deductible   Term: __N/A__ mos.   Cost: $ __N/A__

Coverage Provider _____

Purchaser(s) want a Service Contract.

Purchaser _____

**OPTIONAL CREDIT INSURANCE:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional cost, which will be included in the Amount Financed.

| Type | Premium | Term (Months) | Signature |
|---|---|---|---|
| Credit Life | ☐ Single Coverage $ N/A<br>☐ Joint Coverage $ N/A | N/A | I want credit disability<br>insurance, _Signature_ |
| Credit Disability | $ N/A | N/A | I want credit life<br>insurance. _Signature_ |

CREDIT LIFE AND DISABILITY INSURANCE: If I elect credit insured coverage and am accepted by the insurance company, the terms and conditions will be as described in the NOTICE OF PROPOSED GROUP INSURANCE, or in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $ __N/A__ Credit disability insurance payments will equal the monthly payment amount but will not be more than $ __N/A__

Insurance Company: _____

**LIFE AND DISABILITY INSURANCE MAY NOT COVER THE ENTIRE AMOUNT DUE UNDER THIS CONTRACT. I MUST SEE MY POLICY OR CERTIFICATE FOR EXACT COVERAGE.**

SECURITY INTEREST: I grant you a purchase money security interest in the property described above in order to secure payment and performance of the terms of this contract.

RECEIPT OF PROPERTY AND PROMISE TO PAY: I agree that I have received the property described above, and have accepted delivery of it in good condition. I promise to pay ...

GOVERNING LAW: The terms of this contract shall be governed by the laws of Michigan.

**WARNING: THE INSURANCE AFFORDED HEREUNDER DOES NOT COVER LIABILITY FOR INJURY TO PERSONS OR DAMAGE TO PROPERTY OF OTHERS UNLESS SO INDICATED HEREON.**

**NOTICE TO THE BUYER: DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO ONE (1) TRUE COPY OF THE CONTRACT YOU SIGN WITHOUT CHARGE. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. SELLER INTENDS TO SELL THIS CONTRACT TO A FINANCIAL SERVICES COMPANY. SELLER MAY SHARE IN A PART OF THE FINANCE CHARGE BUYER WILL PAY.**

Accepted __WALT MICHAL'S R. V. CENTER__

By _Christina Williams_ (SEAL)   Signature of Buyer _____ (SEAL)
Signature and Title   Signature of Co-Buyer _____ (SEAL)

I agree that at the time I signed I received a copy of this RETAIL INSTALLMENT CONTRACT.

_____ (SEAL)   _____ (SEAL)
Signature of Buyer   Signature of Co-Buyer

Co-Buyers and Other Owners: A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the property but does not have to pay the debt. The co-buyer or other owner knows that the Seller has a security interest in the property and consents to the security interest.

Other owner signs here _____ (SEAL)  Address _____

NOTICE: THE TERMS OF THIS CONTRACT ARE CONTAINED ON BOTH SIDES OF THIS PAGE.

MICHIGAN RV FORM 023 4/95 12/93

**The Ultimate R.V. Super Store**

# WALT MICHAEL'S R.V. CENTER

www.wmichslsrrvcmotica.com

**NEW & USED SALES • SERVICE • COMPLETE RENTALS • PARTS & ACCESSORIES**

| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZ2ROTATE | TIRE ROTATION | MI | 0.00 |

STATE REGISTRATION NO. F-148264

| 09/30/02 | 41433 | 221 | 563' | 111 | 99CTZ |
| | | | | 115 | W 78CTZ-12 |
| | | | | 115 | W 78CTZ |
| | | | | 115 | W 79CTZ-9 |
| | | | | 115 | W 83CTZ-1 |

SALESPERSON NO. 111  DOUG R. MCGINN  **S E R V I C E**  STATE REG# F144444

**4UZAAJBVX2CL01064**  03/SPORTSCOACH/CLASS A/D-MOTOR HOME

038035  41811

SALVADOR LEYVA  70585  09/29/02  221  10/22/02
16 N. FLOWER ST.
CROSWELL, MI 48422  340

CTZZ  5,268

810-679-4008

04:22pm 11/06/02  05:00pm  1

ORIGINAL CUSTOMER ESTIMATE:  TOTAL  0.00

COMMENTS : CUSTOMER IS WAITING

W 58CTZ-5  **CONNECTIONS**
CK POWER MIRROR SWITCH. ILLUMINATES INTERMITTENTLY. CUTS OUT

C 82CTZ  **BODY SHOP**
ATTN CHRIS - CUST STATES SPOKE WITH CHRIS. DAMAGED UPON DELI
VARY. STONE CHIPS AT PASSENGER SIDE FRONT GLASS

TERMS are cash on delivery. ESTIMATES ARE FOR LABOR ONLY, MATERIAL IS EXTRA. Storage will be charged 48 hours after repairs are completed. Not responsible for loss of damage to cars or articles left in care in case of fire, theft, freezing, accident or any other cause beyond our control. An express Mechanic's lien is hereby acknowledged on above car or truck or R.V. to secure the amount of repairs thereon.

POWER OF ATTORNEY - KNOW ALL MEN THESE PRESENTS. That the undersigned does hereby constitute and appoint WALT MICHAL'S RV CENTER my true and lawful attorney to sign name, place and stead of the undersigned on any Insurance Checks or Drafts issued by Insurance Company covering any repairs to my (car) automobile authorized by myself (ourselves) in whatever manner is necessary by those check or draft in a cashable position.

I (we) hereby ratify and confirm whatever action said attorney shall or may take for vehicle hosted in the premises.

THIS ABOVE WORK HEREBY AUTHORIZED AND CONDITIONS AGREED TO AS OUTLINED ABOVE.

Signed X

THIS ONLY WARRANTIES APPLYING TO THIS PART(S) ARE THOSE WHICH MAY BE OF-PRIND BY THE MANUFACTURER. THE SELL-ING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PAR-TICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS PART(S) AND/OR SERVICE. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME OR ANY OTHER INCIDENTAL DAMAGES.

REPAIRS PROPERLY COMPLETED AND CHECKED BY:
All repairs and parts listed were furnished in compliance with the Michigan Motor Vehicle Service and Repair Act. P.A. 300

X

**Located at 44700 N. I-94 Service Drive • Belleville, MI • (734) 697-2500 Fax # (734) 699-4389**

**Mailing Address: P.O. Box 770 • Belleville, MI 48112-0770**

PAGE 1 OF 3  THANK YOU FOR YOUR BUSINESS
CUSTOMER COPY  [CONTINUED ON NEXT PAGE]  41811

EXHIBIT

## The Ultimate R.V. Super Store

## WALT MICHAEL'S R.V. CENTER

### www.wmichair@rvamotion.com

**NEW & USED SALES • SERVICE • COMPLETE RENTALS • PARTS & ACCESSORIES**

| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZROTATE | TIRE ROTATION | MI | 0.00 |

STATE REGISTRATION NO. F-148294

| CUSTOMER NO. | | | ADVISOR | | | TAG NO. | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | | STOCK NO. | |
| 09/30/02 | 41433 | 221 | 583 | 115 | 1 | 99CTZ | | DELIVERY DATE | | DELIVERY MILES |
| | | | VEHICLE I.D. NO. | | 115 | W | 73CTZ-3 | PDI | | |
| | | | | | 115 | W | 78CTZ-12 | RPR CARPET DOOR | | |
| | | | P.O. & NO. | | 115 | W | 78CTZ-4 | REPAIR DRAWER | | |
| | | | | | 115 | W | 79CTZ-9 | RPR SLIDING DOOR | | |
| | | | | | 115 | W | 83CTZ-1 | LEAK TEST WATER SYST | | |
| SALESPERSON NO. 111 | DOUG R. MCGINN | | COMMENTS | S E R V I C E | | | | | STATE REG# F144444 | |

| 4UZAAJBVX2CL01064 | 03/SPORTSCOACH/CLASS A/D-MOTOR HOME | | 038035 | 41811 |
|---|---|---|---|---|
| SALVADOR LEYVA | 70585 | 09/29/02 | 221 | 10/22/02 |
| 16 N. FLOWER ST. | | | | 340 |
| CROSWELL, MI 48422 | CTZZ | 5,268 | | |
| 810-679-4008 | | | | |
| 04:22pm 11/06/02   05:00pm   1 | | | | |

-X

3   W  58CTZ-1      **LEAKS DIAGNOSIS**
WHEN RAINING, WATER LEAKS ONTO ENTRY DOOR CARPETING AND STEPS.

4   W  10CTZ-2      **AIR CONDITIONING**
WOOD CHIPS ARE COMING OUT FROM VENTS WHEN A/C IS ON. COMING
FROM VENTS ABOVE MICROWAVE AND ONE IN BEDROOM.

5   W  10CTZ      **HEATING AND AIR WORK**
CK A/C IS NOT COOLING ENOUGH IN THE REAR OF VEHICLE.

TERMS are cash on delivery, ESTIMATES ARE FOR LABOR ONLY, MATERIAL IS EXTRA. Storage will be charged 48 hours after repairs are completed, not responsible for loss or damage to cars or articles left in cars in case of fire, theft, freezing, accident or any other cause beyond our control. An express mechanic's lien is hereby acknowledged on above car or truck or R.V. to secure the amount of repairs thereto.

POWER OF ATTORNEY - KNOW ALL MEN THESE PRESENTS, That the undersigned does hereby constitute and appoint WALT MICHAL'S RV CENTER my (our) true and lawful attorney to sign name(s), place and assent of the undersigned on any insurance Checks or Drafts issued by insurance Company covering any repairs to my (our) automobile authorized by myself (ourselves) in whatever manner is necessary to place checks or draft in a business question.

I (we) hereby apply and confirm whatever action and attorney shall or may take on virtue hereof in the premises.
THE ABOVE WORK HEREBY AUTHORIZED AND CONDITIONS AGREED TO AS OUTLINED ABOVE.

Signed X

THE ONLY WARRANTIES APPLYING TO THIS PART(S) ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER. THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS PART(S) AND/OR SERVICE. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY; DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME OR ANY OTHER INCIDENTAL DAMAGES.

REPAIRS PROPERLY COMPLETED AND CHECKED BY: As repairs and parts have been furnished in accordance with the Michigan Motor Vehicle Service and Repair Act. P.A. 300

X

**Located at 44700 N. I-94 Service Drive • Belleville, MI • (734) 697-2500 Fax # (734) 699-4389**

**Mailing Address: P.O. Box 770 • Belleville, MI 48112-0770**

THANK YOU FOR YOUR BUSINESS
CUSTOMER COPY

[CONTINUED ON NEXT PAGE]      41811

*Spoke to Margarite on 1/13/03. She said if we don't hear from them in 24hrs call her.*

*Called again after a 15 other calls before spoke to Tom 1/16/03*

FROM: MEGAN      FAX NO. : 18106790002      May. 27 2004 01:43PM  P3

# The Ultimate R.V. Super Store
## WALT MICHAEL'S R.V. CENTER
www.wmichelsrv@rvamerica.com

**NEW & USED SALES • SERVICE • COMPLETE RENTALS • PARTS & ACCESSORIES**

| 01CTZZLOF | LUBE/OIL/FILTER | | MI | 0.00 | 01CTZROTATE | TIRE ROTATION | | MI | 0.00 |

**STATE REGISTRATION NO. F-148294**

| CUSTOMER NO. | | | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
| 09/30/02 | 41433 | 221 | 563 | 115 | 99CTZ | DELIVERY DATE | DELIVERY MILES |

LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO.

| 115 | W | 73CTZ-5 |
| 115 | W | 78CTZ-12 |
| 115 | W | 78CTZ-4 |
| 115 | W | 79CTZ-3 |
| 115 | W | 83CTZ-1 |

SALESPERSON NO. 111  DOUG R. MCGINN      S E R V I C E      STATE REG# F144444

**4UZAAJBVX2CL01064**  03/SPORTSCOACH/CLASS A/D-MOTOR HOME  038035  41811

SALVADOR LEYVA                 70585        09/29/02   221   10/22/02
16 N. FLOWER ST.
CROSWELL, MI 48422          CTZZ          5,268                  340

810-679-4008
04:22pm 11/06/02   05:00pm   1

X

6  W * 73CTZ-3     **ENTRY DOOR**
CK ENTRY DOOR VERY HARD TO OPEN AND CLOSE. FEELS RESTRICTED

7  W * 73CTZ-4     **COMPARTMENT DOORS**
PASSENGER SIDE STORAGE/COMPARTMENT DOOR SHOCK HAS COME OFF
DOOR

8  W * 73CTZ-12    **VENTS**
FRONT SEALER IS PEELING AWAY FROM ROOF LIGHT MOUNT.

*Step not working*
*Motor board restart*

**Located at 44700 N. I-94 Service Drive • Belleville, MI • (734) 697-2500 Fax # (734) 699-4389**

**Mailing Address: P.O. Box 770 • Belleville, MI 48112-0770**

PAGE 3 OF 3

THANK YOU FOR YOUR BUSINESS
CUSTOMER COPY

*come out, Windshield leaks on Driverside*
*Top pass side*

SALVADOR LEYVA
**Interior and Exterior Detail Package**
• Exterior Wash
• Clean Wheels, Tires and Wheel Wells
• Clean Glass Inside and Outside
• Clean Interior Including Carpet
• Clean all appliances

**$10.00 OFF**

Present this coupon to service advisor -
Not valid with any other offers, Limit 1 coupon
Walt Michels RV Center        Repair Order No. 41811
**Coupon Expires:   January 31, 2003**

SALVADOR LEYVA
**Any in stock accessories**

**10% OFF**

We have all the accessories you need

Whether it's toilet chemicals, hitching equipment or any of our hundreds of camping accessories you need to individualize your motorhome/vehicle. We also carry a full line of R.V. accessories and products.
Present this coupon to service advisor -
Not valid with any other offers, Limit 1 coupon
Walt Michels RV Center        Repair Order No. 41811
**Coupon Expires:   January 31, 2003**

**Protect your Investment**

**$75.00 OFF**

Extend your warranty coverage

We have many plans available, one of which will suit your needs.
See one of our Business Managers for details and prices.
Present this coupon to one of our Business Managers -
Not valid with any other offers, Limit 1 coupon
Walt Michels RV Center        Repair Order No. 41811
**Coupon Expires:   January 31, 2003**

FROM :MEGAN                      FAX NO. :18106798092        May. 27 2024 01:44PM  P5



44700 N. I-94 Service Dr. • P.O. Box 770 • Belleville, Michigan 48111
(734) 697-2500 • 1-800-697-2500
Fax: (734) 697-6205

www.wmichairv@rvamerica.com

STATE REG. # F-148294

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZZROTATE | TIRE ROTATION | MI | 0.00 |
| 01CTZZCOOLSYS | SERVICE COOLING SYST | MI | 0.00 | 01CTZZAIRFILT | REPLACE AIR FILTER | MI | 0.00 |
| 01CTZZFRTWHPK | FRONT WHEEL-REPACK | MI | 0.00 | 01CTZZFUELFILTR | REPLACE FUEL FILTER | MI | 0.00 |
| RBCTZ-2 | RACL WHL BRGS | MI | 0.00 | BBCTZ-3 | CLEAN/INSPECT BRAKES | MI | 0.00 |
| BBCTZ=4 | INSPECT SPR/AXL/TNG | MI | 0.00 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/02 | 41811 | 5268 | 133 | 435 | W | 55CTZ-5 | CONNECTIONS |
| | | | | 121 | C | 62CTZ | BODY SHOP |
| | | | | 435 | W | 58CTZ=1 | LEAKS DIAGNOSIS |
| | | | | 435 | W | 10CTZ-2 | AIR CONDITIONING |
| | | | | 435 | W | 10CTZ | HEATING AND AIR WORK |
| | | | | 121 | W | 73CTZ-3 | ENTRY DOOR |

SALESPERSON NO. 111   DOUG R. MCGINN   **SERVICE**   STATE REG# F144444

| | VIN | 4U2AAJBVX2CL01064 | YEAR/MAKE/MODEL 03/SPORTSCOACH/CLASS A/D-MOTOR HOME | | PROMOTION DATE | STOCK NO. 03803S | R.O. NO. 42525 |
|---|---|---|---|---|---|---|---|
| | | | CUSTOMER NO. 70585 | SERVICE CONTRACT | DELIVERY DATE 09/29/02 | SELLING DEALER NO. 221 | R.O. DATE 01/17/03 |
| | SALVADOR LEYVA | COLOR | | CONTRACT NO. | EXPIRATION DATE | EXPIRATION MILES | PO NO. 0030 |
| | 16 N. FLOWER ST. | | | | | | |
| | CROSWELL, MI 48422 | TUNED | NEXT | AIR CORD. P.O. | TRANS | MILEAGE 11,771 | ADVISOR 620 | ADVISOR MICHELLE COSBY |
| | | CTZZ | | | | | |

RESIDENCE PHONE 810-679-4008   BUSINESS PHONE

CALL WHEN READY   TIME/DATE PROMISED 04:37pm 01/17/03  08:00pm   PRIORITY 1

☐ YES ☐ NO

APPOINTMENT ☐ YES ☐ NO

HAZARDOUS WASTE/SHOP SUPPLIES: 10% OF THE TOTAL LABOR COST IS INCLUDED (MAXIMUM $28.00) FOR SHOP SUPPLIES USED ON YOUR VEHICLE. APPLICABLE SUPPLY ITEMS ARE NUTS, BOLTS, WASHERS, TAPE, PINS, ABROSPRAY, SHELLAC, SOLVENT, RAGS, BATTERY CLEANER, TOWELS, SOLDER, CARBURETOR CLEANER, ETC.

ORIGINAL CUSTOMER ESTIMATE:  TOTAL  0.00

X _____

COMMENTS : NEEDS TO BE DONE ASAP

1. W * 10CTZ        **HEATING AND AIR WORK**
A/C DUCTS HAVE WOOD CHIPS IN THEM AND THE A/C DOES NOT BLOW HARD ENOUGH IN REAR

W * 73CTZ          **EXTERIOR BODY**
WINDSHIELD LEAKS WATER INSIDE PASSENGER SIDE WIND LEAK ON DRIVER SIDE

### ORIGINAL ESTIMATE SUMMARY

| | PARTS | LABOR | TOTAL | HOURS |
|---|---|---|---|---|
| AUTHORIZED ADDITIONS | DATE: | | TIME: | |
| | BY: | | | |

ALL PARTS WILL BE RETURNED UNLESS OTHERWISE INDICATED

DISCARD ☐               QUST. INITL.

REPAIRS PROPERLY COMPLETED AND QUALITY CHECKED BY:
All repairs and parts listed were furnished in compliance with the Michigan Motor Vehicle Service and Repair Act, P.A. 300

X _____

## Service Department
### Phone (734) 697-2500
Registration No. F-148294

| SERVICE HOURS: |
|---|
| Mon. - Fri. 8:00 A.M. - 6:00 P.M. |
| Saturday   8:00 A.M. - 4:00 P.M. |

CUSTOMER LABOR RATE IS BASED ON A PER FLAT RATE UNIT WHICH IS PREDICATED ON A TIME STUDY GUIDE AND MAY NOT REFLECT ACTUAL HOURS WORKED.

*Thank You*

PAGE 1 OF 5          CUSTOMER COPY WORK ORDER          [CONTINUED ON NEXT PAGE]   42525

FROM :MEGAN                    FAX NO. :18106790892          May. 27 2004 01:35PM P5



44700 N. I-94 Service Dr. • P.O. Box 770 • Belleville, Michigan 48111
(734) 697-2500 • 1-800-697-2500
Fax: (734) 697-6206

www.wnichalrv@rvamerica.com

STATE REG. # F-148294

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZROTATE | TIRE ROTATION | MI | 0.00 |
| 01CTZZCOOLSYS | SERVICE COOLING SYST | MI | 0.00 | 01CTZAIRFILT | REPLACE AIR FILTER | MI | 0.00 |
| 01CTZZFKTWHPK | FRONT WHEEL-REPACK | MI | 0.00 | 01CTZZFUELFILTR | REPLACE FUEL FILTER | MI | 0.00 |
| 8RCTZ-2 | PACL WHL BRGS | MI | 0.00 | 88CTZ-3 | CLEAN/INSPECT BRAKES | MI | 0.00 |
| 88CTZ-4 | INSPECT SPR/AXL/TNG | MI | 0.00 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/02 | 41811 | 5268 | 133 | 435 | W | 55CTZ-5 | CONNECTIONS |
| | | | | 121 | C | 62CTZ | BODY SHOP |
| | | | | 435 | W | 58CTZ-1 | LEAKS DIAGNOSIS |
| | | | | 435 | W | 10CTZ-2 | AIR CONDITIONING |
| | | | | 435 | W | 10CTZ | HEATING AND AIR WORK |
| | | | | 121 | W | 73CTZ-3 | ENTRY DOOR |

SALESPERSON NO. 111     DOUG R. MCGINN          S E R V I C E          STATE REG# F144444

R.O. NO. 42525

| | | | |
|---|---|---|---|
| **4U2AAJBVX2CL01064** | 03/SPORTSCOACH/CLASS A/D·MOTOR HOME | PRODUCTION DATE 038035 | |
| SALVADOR LEYVA 16 N. FLOWER ST. CROSWELL, MI 48422 | CUSTOMER NO. 70585 | SERVICE CONTRACT 09/29/02 | DELIVERY DATE 221  FILLING DEAD MILES | FILLING DEAD MILES 01/17/03 |
| | COLOR | CONTRACT NO. | EXPIRATION DATE  EXPIRATION MILES 0030 |
| 810-679-4008 | TURBO  RV  EST. DOWN  P.A.  TRANS CTZZ | THANK | 11,771 | ADVISOR NO. 620  MICHELLE COSBY |
| TIME RECEIVED 04:37pm 01/17/03  8:00pm | | | |

## LIGHTS

3. W · 50CTZ-4     LIGHTS
DOME LIGHT UNDER TV STAYS ON ALL THE TIME BULB IS OUT NOW

4. W · 76CTZ-12     RPR CABINET·DOOR
LEFT CLOSET DOOR BY BED OPENS BY ITSELF ALL THE TIME

5. W · 50CTZ-5     LIGHTS
LIGHT NEXT TO BED ON LEFT SIDE TITLB DOWN IT'S NOT TIGHT

### ORIGINAL ESTIMATE SUMMARY

| PARTS | LABOR | TOTAL | HOURS |
|---|---|---|---|

Service Department
Phone (734) 697-2500
Registration No. F-148294

SERVICE HOURS:
Mon. - Fri.  8:00 A.M. - 6:00 P.M.
Saturday  8:00 A.M. - 4:00 P.M.

CUSTOMER LABOR RATE IS BASED ON A PER FLAT RATE UNIT WHICH IS PREDICATED ON A TIME STUDY GUIDE AND MAY NOT REFLECT ACTUAL HOURS WORKED.

*Thank You*

PAGE 2 OF 5          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]          42525

FROM :MEGAN                    FAX NO. :18106790092        May. 27 2004 01:45PM   P6



44700 N. I-94 Service Dr. • P.O. Box 770 • Belleville, Michigan 48111
(734) 697-2500 • 1-800-697-2500
Fax: (734) 697-6205

www.wmichairv@rvamerica.com

STATE REG. # F-148294

### RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZROTATE | TIRE ROTATION | MI | 0.00 |
| 01CTZZCOOLSYS | SERVICE COOLING SYST | MI | 0.00 | 01CTZAIRFILT | REPLACE AIR FILTER | MI | 0.00 |
| 01CTZZFRTWHPK | FRONT WHEEL-REPACK | MI | 0.00 | 01CTZZFUELFILTR | REPLACE FUEL FILTER | MI | 0.00 |
| 88CTZ-2 | PACL WHL BRGS | MI | 0.00 | 88CTZ-3 | CLEAN/INSPECT BRAKES | MI | 0.00 |
| 88CTZ-4 | INSPECT SPR/AXL/TNG | MI | 0.00 | | | | |

### SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/02 | 41811 | 5268 | 133 | 435 | W | 55CTZ-5 | CONNECTIONS |
| | | | | 121 | C | 62CTZ | BODY SHOP |
| | | | | 435 | W | 58CTZ-1 | LEAKS DIAGNOSIS |
| | | | | 435 | W | 10CTZ-2 | AIR CONDITIONING |
| | | | | 435 | W | 10CTZ | HEATING AND AIR WORK |
| | | | | 121 | W | 73CTZ-3 | ENTRY DOOR |

SALESPERSON NO. 111     DOUG R. McGINN        S E R V I C E        STATE REG# F144444

| | | |
|---|---|---|
| 4UZAAJBVX2CL01064 | YEAR/MAKE/MODEL 03/SPORTSCOACH/CLASS A/D-MOTOR HOME | PRODUCTION DATE 038035 | LICENSE NO. | P.O. NO. 42525 |

SALVADOR LEYVA
1G N. FLOWER ST.
CROSWELL, MI 48422

CUSTOMER NO. 70585     SERVICE CONTRACT     DELIVERY DATE 09/29/02     DELIVERY MILEAGE 221     SELLING DEALER NO.     IN SVC DATE 01/17/03

COLOR     TURBO  MISC  AM CURR?  P.R.  TRANS     MILEAGE 11,771     ADVISOR NO. 620     ADVISOR MICHELLE COSBY

CTZZ

RESIDENCE PHONE 810-679-4008     BUSINESS/FAX PHONE

CALL WHEN
READY   ☐ YES ☐ NO

TIME PROMISED 04:37pm   DATE/TIME PROMISED 01/17/03   08:00pm   PAG QUOTY 1     LABOR RATE

**6 ·  W · 74CTZ              GENERATOR REPAIR**
GENERATOR HAS USED 2 QTS. OF OIL SINCE CUSTOMER OWNED UNIT
IS THIS NORMAL PLEASE CHECK HOURS ON GENERATOR.

**7 ·  W · 73CTZ-3              ENTRY DOOR**
WHEN RAINING AND YOU OPEN DOOR RAIN COMES IN AND SOAKS
CARPET AND STAIRS C/S WE ARE GOING TO INSTALL DIFF. GUTTERS

**8 ·  W · 55CTZ                ELEC INSTRUMENT DIAG**
CK POWER MIRROR SWITCH ILLMINATES INTERMIT. CUTS OUT

### Service Department
### Phone (734) 697-2500
Registration No. F-148294

SERVICE HOURS:
Mon. - Fri.  8:00 A.M. - 6:00 P.M.
Saturday   8:00 A.M. - 4:00 P.M.

CUSTOMER LABOR RATE IS BASED ON A PER FLAT RATE
UNIT WHICH IS PREDICATION ON A TIME STUDY GUIDE AND
MAY NOT REFLECT ACTUAL HOURS WORKED.

### Thank You



44700 N. I-94 Service Dr. • P.O. Box 770 • Belleville, Michigan 48111
(734) 697-2500 • 1-800-697-2500
Fax: (734) 697-6205

www.wmichairv@rvamerica.com

## RECOMMENDED SERVICES
### STATE REG. # F-148294

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZROTATE | TIRE ROTATION | MI | 0.00 |
| 01CTZZCOOLSYS | SERVICE COOLING SYST | MI | 0.00 | 01CTZZAIRFILT | REPLACE AIR FILTER | MI | 0.00 |
| 01CTZZFRTWHPK | FRONT WHEEL-REPACK | MI | 0.00 | 01CTZZFUELFILT | REPLACE FUEL FILTER | MI | 0.00 |
| 88CTZ-2 | PACL WHL BRGS | MI | 0.00 | 88CTZ-3 | CLEAN/INSPECT BRAKES | MI | 0.00 |
| 88CTZ-4 | INSPECT SPR/AXL/TNG | MI | 0.00 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/02 | 41811 | 5268 | 133 | 435 | W | 55CTZ-5 | CONNECTIONS |
| | | | | 121 | C | 62CTZ | BODY SHOP |
| | | | | 435 | W | 58CTZ-1 | LEAKS DIAGNOSIS |
| | | | | 435 | W | 10CTZ-2 | AIR CONDITIONING |
| | | | | 435 | W | 10CTZ | HEATING AND AIR WORK |
| | | | | 121 | W | 73CTZ-3 | ENTRY DOOR |

SALESPERSON NO. 111      DOUG R. MCGINN          S E R V I C E          STATE REG# F144444

VIN: 4UZAAJBVX2CL01064   YEAR/MAKE/MODEL: 03/SPORTSCOACH/CLASS A/D-MOTOR HOME

SALVADOR LEYVA
16 N. FLOWER ST.
CROSWELL, MI 48422

CUSTOMER NO. 70585

PRODUCTION DATE: 038035
DELIVERY DATE: 09/29/02
PO#: 221
MILEAGE: 11,771

CALL WHEN: 810-679-4008
TIME/DATE IN/PROMISED: 04:37pm 01/17/03   08:00pm  1

MICHELLE COSBY

42525
H.S. DATE: 01/17/03
0030
ADVISOR: 620

9 " G " 62CTZ            BODY SHOP
ATTENTION DEBBIE C. STONE CHIPS AT PASSENGER SIDE FRONT
GLASS DAMAGED UPON DELIVERY

10 " W " 73CTZ-17        DOOR SCREEN
CK ENTRY DOOR VERY HARD TO OPEN AND CLOSE FEELS
RESTRICTED

11 " W " 73CTZ          VENTS
DOME LIGHTS ON TOP OF UNIT OUTSIDE YELLOW LIGHTS THE SEALS
ARE PEELING AWAY FROM ROOF LIGHT

### ORIGINAL ESTIMATE SUMMARY
| PARTS | LABOR | TOTAL | HOURS |
|---|---|---|---|

REPAIRS PROPERLY COMPLETED AND QUALITY CHECKED BY:
All repairs and parts listed were furnished in compliance with the
Michigan Motor Vehicle Service and Repair Act, P.A. 300

## Service Department
### Phone (734) 697-2500
Registration No. F-148294

SERVICE HOURS:
Mon. - Fri. 8:00 A.M. - 6:00 P.M.
Saturday 8:00 A.M. - 4:00 P.M.

CUSTOMER LABOR RATE IS BASED ON A PER FLAT RATE
UNIT WHICH IS PREDICATED ON A TIME STUDY GUIDE AND
MAY NOT REFLECT ACTUAL HOURS WORKED

*Thank You*



**THE ULTIMATE RV SUPER STORE**

44700 N. I-94 Service Dr. • P.O. Box 770 • Belleville, Michigan 48111
(734) 697-2500 • 1-800-697-2500
Fax: (734) 697-6205

www.wmichairv@rvamerica.com

STATE REG. # F-148294

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 01CTZZLOF | LUBE/OIL/FILTER | MI | 0.00 | 01CTZROTATE | TIRE ROTATION | MI | 0.00 |
| 01CTZZCOOLSYS | SERVICE COOLING SYST | MI | 0.00 | 01CTZAIRFILT | REPLACE AIR FILTER | MI | 0.00 |
| 01CTZZFRTWHPK | FRONT WHEEL-REPACK | MI | 0.00 | 01CTZZFUELFILTR | REPLACE FUEL FILTER | MI | 0.00 |
| 88CTZ-2 | PACL WHL BRGS | MI | 0.00 | 88CTZ-3 | CLEAN/INSPECT BRAKES | MI | 0.00 |
| 88CTZ-4 | INSPECT SPR/AXL/TNG | MI | 0.00 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/02 | 41811 | 5268 | 133 | 435 | W | 55CTZ-5 | CONNECTIONS |
| | | | | 121 | C | 62CTZ | BODY SHOP |
| | | | | 435 | W | 58CTZ-1 | LEAKS DIAGNOSIS |
| | | | | 435 | W | 10CTZ-2 | AIR CONDITIONING |
| | | | | 435 | W | 10CTZ | HEATING AND AIR WORK |
| | | | | 121 | W | 73CTZ-3 | ENTRY DOOR |

SALESPERSON NO. 111    DOUG R. MCGINN        S E R V I C E        STATE REG# F144444

| VIN | YEAR/MAKE/MODEL | | | PRODUCTION DATE | | LICENSE NO. | R.O. NO. |
|---|---|---|---|---|---|---|---|
| 4UZAAJBVX2CL01064 | 03/SPORTSCOACH/CLASS A/D—MOTOR HOME | | | 038035 | | | 42525 |
| SALVADOR LEYVA | CUSTOMER NO. 70585 | SERVICE CONTRACT | DELIVERY DATE 09/29/02 | | SELLING DEALER NO. 221 | R.O. NO. 01/17/03 |
| 16 N. FLOWER ST., CROSWELL, MI 48422 | COLOR | CONTRACT NO. | | EXPIRATION DATE | EXPIRATION MILES 0030 |

| TUNE/UP | WMC | AIR COND. | P.T. | TRANS. | MILEAGE 11,771 | ADVISOR NO. 620 | ADVISOR MICHELLE COSBY |
|---|---|---|---|---|---|---|---|
| | CTZZ | | | | | | |

RESIDENCE PHONE 810-679-4008    BUSINESS PHONE

CALL WHEN READY  04:37pm 01/17/03  08:00pm

LABOR RATE

12  W  73CTZ-11    *SLIDE OUT*
SLIDE OUT AT TOP INSIDE SEAL FELL OFF THE SEAL IS SITTING ON TOP OF SLIDE OUT NOW.

13  W  73CTZ-13    WHEEL WELL
THE STEPS ENTRY DOOR DO NOT WORK CAN HEAR MOTOR BUT STEPS WILL NOT MOVE.

### ORIGINAL REPAIR SUMMARY

| | PARTS | LABOR | TOTAL | HOURS |
|---|---|---|---|---|

**Service Department**
**Phone (734) 697-2500**
Registration No. F-148294

SERVICE HOURS:
Mon. - Fri. 8:00 A.M. - 6:00 P.M.
Saturday    8:00 A.M. - 4:00 P.M.

CUSTOMER LABOR RATE IS BASED ON A FLAT RATE UNIT WHICH IS PREDICATED ON A TIME STUDY GUIDE AND MAY NOT REFLECT ACTUAL HOURS WORKED.

*Thank You*

PAGE 5 OF 5                    CUSTOMER ORDER                    42525

SALVADOR LEYVA
**Interior and Exterior Detail Package**
• Exterior Wash
• Clean Wheels, Tires and Wheel Wells
• Clean Glass Inside and Outside
• Class Interior Including Carpet
• Clean all appliances
**$10.00 OFF**
Present this coupon to service advisor
Not valid with any other offers. Limit 1 coupon
Repair Order No. 42525
West Michels RV Center
Coupon Expires: April 30, 2003

SALVADOR LEYVA
**Any in stock accessories**
**10% OFF**
We have all the accessories you need
Repair Order No. 42525
West Michels RV Center
Coupon Expires: April 30, 2003

SALVADOR LEYVA
**Protect your Investment**
**$75.00 OFF**
Extend your warranty coverage.
Repair Order No. 42525
West Michels RV Center
Coupon Expires: April 30, 2003

May. 27 2004 01:46PM P7    FAX NO. 18106790002    FROM: MEGAN

# Marlette Chrysler - Dodge - Jeep - RV
www.MarletteChrysler.com   www.MarletteRV.com

**State Reg. No.**
F-141152

**SERVICE INVOICE**

Co.# 01

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

| Sold To: | | | | | |
|---|---|---|---|---|---|

**Salvador Leyva**
16 N Flower St
CROSWELL     MI  48422

Business Phone: (810) 516-1706
Home Phone: (810) 679-4008

| Service Order Number | Service Advisor | VIN |
|---|---|---|
| 32523 | Leif McRobbie | 1TCA0589031702741 |

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| | 2003 | COACHMEN COUNTRY | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | P&D |
|---|---|---|---|---|---|
| 12400 / | | | | 1 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 3/06/2003 16:57 | 3/14/2003 10:33 |

-------------------email: ----------------------------------------------

```
LINE   1        WIND NOISE LT FRT
TECH COMM:      LOOSE WINDSHEILD MOLDG, RESEAL AS NESS
                2261 R .2

REPAIR   1      RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY
HRS:    .20
PRIMARY TECH: STEPHEN HUNT #M107635
----------------------------------------------------------------------
LINE   2        DOMELITE UNDER TV ALWAYS ON
TECH COMM:      H/LAMP SWITCH HAS BAD CONTACT FOR DOME LAMP
                REPLACE SWITCH
                7101 B .2

REPAIR   1      RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY
HRS:    .50
PRIMARY TECH: STEPHEN HUNT #M107635
WARR PARTS:   1

                        DESC      FP QTY    PRICE  SALE TYPE
PARTS                   DS205 HEADLIGHT Y   1            COACHMEN WARRAN    WTY
RV
----------------------------------------------------------------------
LINE   3        LAMP BY BED TILTS DRIVING
TECH COMM:      R&I BOTH BED LAMPS & TIGHTEN
                7240 A .2 EACH

REPAIR   1      RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY
HRS:    .40
PRIMARY TECH: STEPHEN HUNT #M107635
----------------------------------------------------------------------
LINE   4        CLOSET DOOR BY BED OPENS
TECH COMM:      ADJUST DOOR AS NESS
                3220 J .2
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page  1

FROM :MEGAN          FAX NO. :18106790092          May. 27 2004 01:23PM P18



**Marlette** Chrysler - Dodge - Jeep - RV
www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.   **SERVICE**
F-141152        **INVOICE**

3755 S. Van Dyke Rd. Marlette, MI 48453 (989) 635-3613 FAX (989) 635-3092          Co.# 01

| Sold To: | | Service Order Number | Service Advisor | | VIN |
|---|---|---|---|---|---|
| **Salvador Leyva** | | 32523 | Leif McRobbie | | 1TCA0639031702741 |
| | | Tag | Doc. Count | Date/Time In | Date/Time Out |
| | | | 1 | 3/06/2003 16:57 | 3/14/2003 10:33 |

---

```
REPAIR   1     RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA       WTY
HRS:     .20
PRIMARY TECH: STEPHEN HUNT #M107635
```
---
```
LINE  5        DOOR GUTTER DRIPS IN COACH
TECH COMM:     COACH DID NOT COME WITH GUTTER
               CUST WOULD HAVE TO INSTALL
```

```
REPAIR   1     RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA       WTY

PRIMARY TECH: STEPHEN HUNT #M107635
```
---
```
LINE  6        PWR MIR SWITCH LAMP INTERMIT
TECH COMM:     WORKED WHEN TEST DROVE , NO PROBLEM FOUND
```

```
REPAIR   1     RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA       WTY

PRIMARY TECH: STEPHEN HUNT #M107635
```
---
```
LINE  7        FRT RUN LAMPS SEALS LOOSE
TECH COMM:     LAMP SEALS LOOSE ON FRT CLEARANCE LAMPS
               R&I 5 LAMPS & RESEAL
               7204 B.1 EACH
```

```
REPAIR   1     RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA       WTY
HRS:     .50
PRIMARY TECH: STEPHEN HUNT #M107635
```
---
```
LINE  8        TOP SLIDE SEAL OFF
TECH COMM:     TNT SEAL ON TOP OF SLIDE ROOM FELL OFF
```

 **Chrysler - Dodge - Jeep - RV**
www.MarletteChrysler.com   www.MarletteRV.com

**State Reg. No.**
**F-141152**

**SERVICE INVOICE**

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

Co.# 01

**Sold To:**

**SALVADOR LEYVA**
16 N Flower St
CROSWELL          MI   48422

Business Phone:  (810) 516-1706
Home Phone:  (810) 679-4008

| Service Order Number | Service Advisor | VIN |
|---|---|---|
| 33650 | Leif McRobbie | 1TCA0639031702741 |

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| | 2003 | COACHMEN COUNTRY | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 12451 / 12452 | | | | 2 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 6/10/2003 14:18 | 6/17/2003 16:40 |

```
--------------------email:   --------------------------------------------
LINE  1      C/S REAR VIEW MIRROR CAMERA HAS INERFERENCE CK AND
               ADVISE
TECH COMM:   INSPECTED CABLE FROM FRONT TO REAR FOR SHORTS
             PULLED REAR CAMERA AND FOUND CORROSION IN CONNECTO
             R CLEANED BUT DID NOT HOLD CUT OUT AND HARD WIRED

REPAIR  1    RV REPAIRS
OPCODE: 49A                      SALE TYPE: COACHMEN WA      WTY
HRS:  2.00
PRIMARY TECH: STEPHEN HUNT
-----------------------------------------------------------------------

INVOICE PRINTED FROM CLOSED SO: 12/05/03

        THANK YOU FOR YOUR BUSINESS HAVE A WONDERFUL DAY|||
```

CUSTOMER SIGNATURE  _____      CUSTOMER TOTAL ......     $.00

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To
The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties,
Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or
Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes
Any Other Person To Assume For It Any Liability In Connection With This Sale.

# Marlette Chrysler - Dodge - Jeep - RV
www.MarletteChrysler.com   www.MarletteRV.com

**State Reg. No.**
**F-141152**

**SERVICE INVOICE**

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

Co.# 01

| Sold To: | | | | | |
|---|---|---|---|---|---|
| **Service Order Number** | | **Service Advisor** | | **VIN** | |
| 34861 | | Leif McRobbie | | 1TCA0839031702741 | |

**Sold To:**

SALVADOR LEYVA
16 N Flower St
CROSWELL      MI  48422

Business Phone:  (810) 516-1706
Home Phone:  (810) 679-4008

| Color | Year | Make/Model | License | Engine | Stk # |
|---|---|---|---|---|---|
|  | 2003 | COACHMEN COUNTRY |  |  |  |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 13669 / 13669 | 410 |  |  | 2 |  |

| Tax Exempt | | Date/Time In | Date/Time Out |
|---|---|---|---|
|  |  | 9/09/2003 9:51 | 9/16/2003 16:20 |

---------------email:---------  ---------------------------------------

LINE  1        CUSTOMER STATES DISCONNECT SOLENOID INOP BYPASSED
               RIGHT NOW CHECK AND ADVISE
TECH COMM:     INSPECTED FOUND SYSTEM NOT WORKING FOUND NO POWER
               GOING TO SOLENOID FOUND SHORT IN WIRE FROM DISCONN
               ECT SWITCH TO SOLENOID REPAIRED AS NECESSARY ST 1.
               5

REPAIR   1     RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA        WTY
HRS:   1.50
PRIMARY TECH: Leif McRobbie
-----------------------------------------------------------------------
LINE  3        WINDSHIELD EXTERIOR SEAL NEEDS SEALED
TECH COMM:     RESEALED WINDSHIELD
               ST .8

REPAIR   1     RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA        WTY
HRS:    .80
PRIMARY TECH: Leif McRobbie
-----------------------------------------------------------------------
LINE  4        DRIVERS SIDE FAN DOESN'T WORK UNLESS TAP ON
TECH COMM:     PARTS ON ORDER

REPAIR   1     RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA        WTY

PRIMARY TECH: Leif McRobbie
-----------------------------------------------------------------------
LINE  5        MIRROR SWITCH DOES NOT LIGHT UP AT NIGHT
TECH COMM:     PARTS ORDERED

REPAIR   1     RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA        WTY

PRIMARY TECH: Leif McRobbie
-----------------------------------------------------------------------
LINE  6        SLIDE OUT SEAL INSIDE HANGING DOWN
TECH COMM:     REMOVED SEAL STRAIGHTENED AND REATTACHED
               ST .5

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page  1

FROM :MEGAN          FAX NO. :18106790092          May. 27 2004 01:27PM P1

# Marlette Chrysler - Dodge - Jeep - RV

www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.          **SERVICE**
F-141152               **INVOICE**

3756 S. Van Dyke Rd. Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

Co.# 01

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| **SALVADOR LEYVA** | 34861 | Leif McRobbie | 1TCA0839031702741 |
| | Tag | Doc. Count | Date/Time In | Date/Time Out |
| | 410 | 2 | 9/09/2003 9:51 | 9/16/2003 16:20 |

---

REPAIR  1    RV REPAIRS
OPCODE: 49A                    SALE TYPE: COACHMEN WA      WTY
HRS:   .50
PRIMARY TECH: Leif McRobbie

---
LINE  7      SLIDE OUT SEAL EXTERIOR COMING OFF
TECH COMM:   REMOVED SEAL AND REINSTALLED
             ST .5

REPAIR  1    RV REPAIRS
OPCODE: 49A                    SALE TYPE: COACHMEN WA      WTY
HRS:   .50
PRIMARY TECH: Leif McRobbie

---
LINE  8      BATHROOM TOLIET LEAKS AROUND BASE
TECH COMM:   REMOVED SCHROUD AND TIGHTENED BOLTS ON STOOL BASE
             ST .3

REPAIR  1    RV REPAIRS
OPCODE: 49A                    SALE TYPE: COACHMEN WA      WTY
HRS:   .30
PRIMARY TECH: Leif McRobbie

---
LINE  9      LAZY SUSIE IN CABINET APART
TECH COMM:   REATTACHED AS NECESSARY
             ST .2

REPAIR  1    RV REPAIRS
OPCODE: 49A                    SALE TYPE: COACHMEN WA      WTY
HRS:   .20
PRIMARY TECH: Leif McRobbie

---
LINE 10      HALF OF CD PLAYER DOES'NT LIGHT UP IN DISPLAY
TECH COMM:   ORDERED NEW RADIO 7291 .5 WHEN COMES IN
             AUTH # 27152

REPAIR  1    RV REPAIRS
OPCODE: 49A                    SALE TYPE: COACHMEN WA      WTY
PRIMARY TECH: Leif McRobbie

---

INVOICE PRINTED FROM CLOSED SO: 12/05/03

THANK YOU FOR YOUR BUSINESS HAVE A WONDERFUL DAY|||

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

FROM :MEGAN          FAX NO. :18106790092          May. 27 2004 01:16PM  P5



**Chrysler - Dodge - Jeep - RV**
www.MarietteChrysler.com  www.MarietteRV.com

| | |
|---|---|
| State Reg. No.<br>**F-141152** | **SERVICE<br>INVOICE** |

3755 S. Van Dyke Rd. Marlette, MI 48453 (989) 635-3613 FAX (989) 635-3092        Co.# 01

| Sold To: | | Service Order Number | Service Advisor | VIN |
|---|---|---|---|---|
| | | 35041 | Leif McRobbie | 1TCA0839031702741 |

**SALVADOR LEYVA**
16 N Flower St
CROSWELL      MI  48422

Business Phone: (810) 516-1706
Home Phone: (810) 679-4008

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| | 2003 | COACHMEN COUNTRY | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 13755 / 13755 | 433 | | | 2 | |

| Tax Exempt | | Date/Time In | Date/Time Out |
|---|---|---|---|
| | | 9/24/2003 14:07 | 9/30/2003 14:58 |

```
-------------------email:  --------------------------------------
LINE  1      CUSTOMER STATES ONLY HALF OF CD PLAYER LIGHTS UP
             INSTALL SPECIAL ORDERED PARTS
TECH COMM:   REPLACED RADIO
             7291A  .5

REPAIR  1    RV REPAIRS
OPCODE: 49A                           SALE TYPE: COACHMEN WA      WTY
HRS:    .50
PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:  1

PARTS                 DESC      FP QTY     PRICE  SALE TYPE
RV         760337 AM/FM/CD Y    1                 COACHMEN WARRAN      WTY
---------------------------------------------------------------------
LINE  2      DRIVERS SIDE FAN INOP INTERMITLY INSTALL SOP
TECH COMM:   REPLACED FAN
             7130A  .3

REPAIR  1    RV REPAIRS
OPCODE: 49A                           SALE TYPE: COACHMEN WA      WTY
HRS:    .30
PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:  1

PARTS                 DESC      FP QTY     PRICE  SALE TYPE
RV         458321 DEFROSTER Y   1                 COACHMEN WARRAN      WTY
---------------------------------------------------------------------
LINE  3      TOLIET LEAKS BAD AROUND BASE
TECH COMM:   REPLACED TOLIET SEAL
             5133A  .6

REPAIR  1    RV REPAIRS
OPCODE: 49A                           SALE TYPE: COACHMEN WA      WTY
HRS:    .60
PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:  1

PARTS                 DESC      FP QTY     PRICE  SALE TYPE
RV         25051472 FLANGE SE Y 1                 COACHMEN WARRAN      WTY
---------------------------------------------------------------------
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To
The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties,
Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or
Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes
Any Other Person To Assume For It Any Liability In Connection With This Sale.



**Marlette** Chrysler - Dodge - Jeep - RV
www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.
F-141152

**SERVICE INVOICE**

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

Co.# 01

| Sold To: | | Service Order Number | Service Advisor | VIN |
|---|---|---|---|---|
| | SALVADOR LEYVA | 35041 | Leif McRobbie | 1TCA0839031702741 |
| | | Tag | Doc. Count | Date/Time In | Date/Time Out |
| | | 433 | 2 | 9/24/2003 14:07 | 9/30/2003 14:58 |

```
LINE   4      MIRROR SWITCH DOES NOT LIGHT UP AT NIGHT INSTALL
              SOP
TECH COMM:    REPLACED MIRROR SWITCH
              2046A .3

REPAIR   1    RV REPAIRS
OPCODE: 49A                                  SALE TYPE: COACHMEN WA      WTY
HRS:     .30
PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:   1

PARTS                     DESC      FP QTY     PRICE  SALE TYPE
RV              664232 MIRROR CO  Y  1                COACHMEN WARRAN      WTY
---------------------------------------------------------------------------
LINE   5      WATER STILL COMING IN SLIDE OUT AND SEAL COMING
              OFF
TECH COMM:    SEAL ON ORDER

REPAIR   1    RV REPAIRS
OPCODE: 49A                                  SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
---------------------------------------------------------------------------
LINE   6      CHECK LIGHT KEEPS COMING ON FRIDGE
TECH COMM:    FOUND BURNER SENSOR OUT OF ADJUSTEMENT

REPAIR   1    RV REPAIRS
OPCODE: 49A                                  SALE TYPE: COACHMEN WA      WTY
HRS:     .40
PRIMARY TECH: THOMAS LAYMAN
---------------------------------------------------------------------------
LINE   7      SQUEAK COMING FROM RIGHT FRONT WHEEL WHEN DRIVING
TECH COMM:    DIFFERENT RO

REPAIR   1    RV REPAIRS
OPCODE: 49A                                  SALE TYPE: CUSTOMER PA     $.00
PRIMARY TECH: THOMAS LAYMAN
---------------------------------------------------------------------------
LINE   8      BATHROOM VENT CRANK STRIPPED
TECH COMM:    ADJUSTED AS NECESSARY
              ST .3

REPAIR   1    RV REPAIRS
OPCODE: 49A                                  SALE TYPE: COACHMEN WA      WTY
HRS:     .30
PRIMARY TECH: THOMAS LAYMAN
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page  2

 **Chrysler - Dodge - Jeep - RV**
www.MarlettaChrysler.com   www.MarletteRV.com

State Reg. No.
F-141152

SERVICE
INVOICE

8765 S. Van Dyke Rd., Marlette, MI 48453 (989) 635-3613 FAX (989) 635-3092

Co.# 01

| SALVADOR LEYVA | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| | 35041 | Lett McHobbie | 1TCA0839031702741 |
| | Tag | Doc. Count | Date/Time In | Date/Time Out |
| | 433 | 2 | 9/24/2003 14:07 | 9/30/2003 14:58 |

---

LINE 11          CUSTOMER STATES WALL BOARD IN BATHROOM LEFT SIDE
                 LOOSE
TECH COMM:       R&I AND REINSTALLED WALL BOARD
                 ST  1.0

REPAIR   1       RV REPAIRS
OPCODE: 49A                                    SALE TYPE: COACHMEN WA      WTY
HRS:   1.00
PRIMARY TECH: THOMAS LAYMAN

---

LINE 12          CUSTOMER STATES LENO HAS SOMETHING STICKING ALMOST
                 LIKE A NAIL WANTING TO COME THROUGH CHECK AND
                 ADVISE
TECH COMM:       LENO ORDERED

REPAIR   1       RV REPAIRS
OPCODE: 49A                                    SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN

---

LINE 13          C/S ENTRANCE SCREEN DOOR WHEN CLOSED GAP TOP CORNE
                 R
TECH COMM:       PARTS ORDERED

REPAIR   1       RV REPAIRS
OPCODE: 49A                                    SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN

---

LINE 15          DRIVERS SIDE FRONT OUTSIDE SPRAY FOAM COMING OUT

REPAIR   1       RV REPAIRS
OPCODE: 49A                                    SALE TYPE: COACHMEN WA      WTY

---

LINE 16          LUGGAGE COMPARTMET NOT SEALED WHEN LIGHT ON AT NIG
                 HT CAN SEE RIGHT IN
TECH COMM:       PARTS ORDERED

REPAIR   1       RV REPAIRS
OPCODE: 49A                                    SALE TYPE: CUSTOMER PA      $.00
PRIMARY TECH: THOMAS LAYMAN

---

INVOICE PRINTED FROM CLOSED SO: 12/05/03

THANK YOU FOR YOUR BUSINESS HAVE A WONDERFUL DAY!

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To
The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties,
Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or
Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes
Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page   0

# Marlette Chrysler - Dodge - Jeep - RV

www.MarletteChrysler.com   www.MarletteRV.com

**State Reg. No.**
F-141152

**SERVICE INVOICE**

Co.# 01

3755 S. Van Dyke Rd. Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

| Sold To: | | | |
|---|---|---|---|

| Service Order Number | Service Advisor | VIN |
|---|---|---|
| 35096 | Leif McRobbie | 1TCA0839031702741 |

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| | 2003 | COACHMEN COUNTRY | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 13756 / 13756 | 433 | | | 3 | |

**Sold To:**
SALVADOR LEYVA
16 N Flower St
CROSWELL        MI  48422

Business Phone:  (810) 516-1706
Home Phone:  (810) 679-4008

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 9/29/2003 14:31 | 11/05/2003 9:28 |

---------------------email:  --------------------------------------------

```
LINE   1          SOMETHING UNDER LINO
TECH COMM:        REMOVED LINO FOUND SCREWS STICKING UP SECURED
                  SCREWS REPLACED LINO TRIMMED AROUND ALL CABINETS
                  ST 12.0

REPAIR   1        RV REPAIRS
OPCODE: 49A                                SALE TYPE: COACHMEN WA      WTY
HRS:  12.00
PRIMARY TECH: JACK SEIBERT
WARR PARTS:  18

PARTS                      DESC       FP QTY    PRICE   SALE TYPE
RV                735651   LINOLEUM   Y  18              COACHMEN WARRAN    WTY

NET ITEM: M    RV FREIGHT  LINO                 SALE TYPE
                                                COACHMEN WARRAN    WTY
```
-----------------------------------------------------------------------
```
LINE   2          WATER COMING IN SLIDE OUT AND SEALS COMING OFF
TECH COMM:        PARTS ON ORDER

REPAIR   1        RV REPAIRS
OPCODE: 49A                                SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: JACK SEIBERT
```
-----------------------------------------------------------------------
```
LINE   3          SQUEAL AT RIGHT FRONT WHEN DRIVING
TECH COMM:        NO PROBLEM FOUND

REPAIR   1        RV REPAIRS
OPCODE: 49A                                SALE TYPE: WARRANTY RV      WTY

PRIMARY TECH: MICHAEL MADISON
```
-----------------------------------------------------------------------
```
LINE   4          GENERATOR STARTS VERY HARD WHEN COLD
TECH COMM:        PARTS ORDERED

REPAIR   1        RV REPAIRS
OPCODE: 49A                                SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: STEPHEN HUNT
```
-----------------------------------------------------------------------

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

 **Chrysler - Dodge - Jeep - RV**

www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.
F-141152

**SERVICE
INVOICE**

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3082

Co.# 01

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| **SALVADOR LEYVA** | 35096 | Leif McRobbie | 1TCA08390031702741 |
| | Tag | Doc Count | Date/Time In | Date/Time Out |
| | 433 | 3 | 9/29/2003 14:31 | 11/05/2003 9:28 |

```
-----------------------------------------------------------------------
LINE  5      PASS SIDE REAR LOWER BRAKE LIGHT INOP
TECH COMM:   REINSTALLED ELECTRICAL CONNECTOR CHECKED BULBS
             WORKING OK

REPAIR   1   RV REPAIRS
OPCODE: 49A                          SALE TYPE: CUSTOMER PA    $.00
PRIMARY TECH: JACK SEIBERT
-----------------------------------------------------------------------
LINE  6      ENTRANCE SCREEN DOOR WHEN CLOSED HAS HUGE GAP
TECH COMM:   PARTS ORDERED

REPAIR   1   RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA    WTY

PRIMARY TECH: JACK SEIBERT
-----------------------------------------------------------------------
LINE  7      PASS SIDE OUTSIDE PANEL PIECE POPPED OUT
TECH COMM:   PARTS ORDERED

REPAIR   1   RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA    WTY

PRIMARY TECH: STEPHEN HUNT
-----------------------------------------------------------------------
LINE  8      DRIVERS SIDE FRONT SPRAY FOAM COMING OUT BY FENDER
TECH COMM:   LATER DATE

REPAIR   1   RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA    WTY

PRIMARY TECH: STEPHEN HUNT
-----------------------------------------------------------------------
LINE  9      LUGGAGE COMPARTMENT NOT SEALED PROPERLY
TECH COMM:   DIFFERENT RO

REPAIR   1   RV REPAIRS
OPCODE: 49A                          SALE TYPE: COACHMEN WA    WTY

PRIMARY TECH: STEPHEN HUNT
-----------------------------------------------------------------------
INVOICE PRINTED FROM CLOSED SO: 12/05/03

        THANK YOU FOR YOUR BUSINESS HAVE A WONDERFUL DAY|||
```

CUSTOMER SIGNATURE                              CUSTOMER TOTAL · · · · ·      $.00

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To
The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties,
Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or
Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes
Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page  2

 **Chrysler - Dodge - Jeep - RV**
www.MarietteChrysler.com   www.MarietteRV.com

**State Reg. No.**
**F-141152**

**SERVICE INVOICE**

3755 S. Van Dyke Rd., Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092                 Co.# 01

| Sold To: | | Service Order Number | Service Advisor | | VIN |
|---|---|---|---|---|---|
| | | 36324 | ANTHONY GOSS | | 1TCA0639031702741 |

**Salvador Leyva**
16 N Flower St
CROSWELL      MI  48422

Business Phone: (810) 516-1706
Home Phone: (810) 679-4008

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| | 2003 | COACHMEN COUNTRY | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 13805 / 13806 | | | | 1 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 1/29/2004 15:51 | 3/06/2004 11:11 |

```
-----------------email: ---------------------------------------
LINE  1       WINDSHIELD MOLDING EXTERIOR COMING OFF WONT STAY S
              EALED
TECH COMM:    REPLACED WINDSHIELD MOLDINGS EXTERIOR

REPAIR  1    RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:  29

PARTS                   DESC     FP QTY      PRICE  SALE TYPE
RV           396365 TRIM LACE Y  28                 COACHMEN WARRAN   WTY
RV           08609  WINDSHEIL N   1                 COACHMEN WARRAN   WTY

NET ITEM: M   RV FREIGHT                           SALE TYPE
                                                   COACHMEN WARRAN   WTY
-------------------------------------------------------------------------
LINE  2*      TABLE IS REALLY LOOSE
TECH COMM:    INSPECTED TABLE SEEMS NORMAL COMPARED TO OTHERS

REPAIR  1    RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
-------------------------------------------------------------------------
LINE  3*      PASS FRONT LUGGAGE COMP SEAL
TECH COMM:    PARTS ON SPECIAL ORDER

REPAIR  1    RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
-------------------------------------------------------------------------
LINE  4*      BATTERY DISCONNECT DID NOT TO DISCONNECT CHECK AND
              ADVISE
TECH COMM:    INSPECTED OPERATING AS DESIGNED

REPAIR  1    RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page  1

 **Chrysler - Dodge - Jeep - RV**
www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.
F-141152

**SERVICE INVOICE**

3755 S. Van Dyke Rd. Marlette, MI 48453 (989) 635-3613 FAX (989) 635-3092

Co.# 01

| Sold To: | | Service Order Number | Service Advisor | VIN |
|---|---|---|---|---|
| Salvador Leyva | | 36324 | ANTHONY GOSS | 1TCA0839031702741 |
| | | Tag | Doc. Count | Date/Time In | Date/Time Out |
| | | | 1 | 1/29/2004 15:51 | 3/06/2004 11:11 |

```
------------------------------------------------------------------------
LINE  5*      DASH BOARD LOOSE ON LEFT SIDE -SINCE CD PLAYER PUT
              IN
TECH COMM:    REPLACED VELCRO ON DASH

REPAIR   1    RV REPAIRS
OPCODE: 49A
                                        SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:   3

PARTS                     DESC      FP QTY     PRICE  SALE TYPE
RV              267823 VELCRO       Y   3             COACHMEN WARRAN   WTY

NET ITEM: M    RV FREIGHT/VELCRO               SALE TYPE
                                               COACHMEN WARRAN         WTY
------------------------------------------------------------------------
LINE  6*      WONT GO INTO REVERSE CK AND ADVISE
TECH COMM:    ADJUSTED CABLE AS NECESSARY

REPAIR   1    RV REPAIRS
OPCODE: 49A
                                        SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: MICHAEL MADISON
------------------------------------------------------------------------
LINE  7*      HORN INOP
TECH COMM:    BOTH HORNS WORKING AT THIS TIME

REPAIR   1    RV REPAIRS
OPCODE: 49A
                                        SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: MICHAEL MADISON
------------------------------------------------------------------------
LINE  8*      SEAL IN LEFT SIDE OF SHOWER THERE'S A BIG GAP
TECH COMM:    RESEALED SHOWER

REPAIR   1    RV REPAIRS
OPCODE: 49A
                                        SALE TYPE: COACHMEN WA      WTY

PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:   1

PARTS                     DESC      FP QTY     PRICE  SALE TYPE
RV            00689973 SWEEP BOT Y   1                COACHMEN WARRAN   WTY
------------------------------------------------------------------------
LINE  9*      RIGHT REAR BRAKE LIGHT INOP
TECH COMM:    REPLACED BRAKE LIGHT ASSEMBLY
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page 2



**Chrysler - Dodge - Jeep - RV**
www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.
**F-141152**

**SERVICE INVOICE**

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092

Co.# 01

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| **Salvador Leyva** | 36324 | ANTHONY GOSS | 1TCA0839031702741 |

| Tag | Doc. Count | Date/Time In | Date/Time Out |
|---|---|---|---|
| | 1 | 1/29/2004 15:51 | 3/06/2004 11:11 |

--------------------------------------------------------------------

REPAIR   1     RV REPAIRS
OPCODE: 49A
                                        SALE TYPE: COACHMEN WA        WTY

PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:   1

PARTS                    DESC       FP QTY     PRICE   SALE TYPE
RV              504342 TAILIGHT   Y   1                COACHMEN WARRAN     WTY

NET ITEM: M    RV FREIGHT/TAIL LIGHT              SALE TYPE
                                                  COACHMEN WARRAN     WTY
--------------------------------------------------------------------
LINE 10*        CHECK ENTRY STEP OPERATION WOULD NOT PULL OUT
TECH COMM:      INSPECTED VERIFIED CONCERN NECESSARY TO REPLACE
                MOTOR GEAR ASSEMBLY

REPAIR   1     RV REPAIRS
OPCODE: 49A
                                        SALE TYPE: COACHMEN WA        WTY

PRIMARY TECH: THOMAS LAYMAN
WARR PARTS:   1

PARTS                    DESC       FP QTY     PRICE   SALE TYPE
RV              755891 STEP MOTO  Y   1                COACHMEN WARRAN     WTY

NET ITEM: M    RV FREIGHT                         SALE TYPE
                                                  COACHMEN WARRAN     WTY
--------------------------------------------------------------------
LINE 11*        CUSTOMER STATES BATTERY LIGHT IS ON AND VOLTAGE
                GAUGE DROPPED DOWN
TECH COMM:      INSPECTED FOUND INTERNALLY SHORTED ALTERNATOR
                INSTALLED NEW ALTERNATOR

REPAIR   1     ELECTRICAL
OPCODE: 08                              SALE TYPE: CUSTOMER PA     $.00
PRIMARY TECH: MICHAEL MADISON
--------------------------------------------------------------------
"*" Following the line number denotes added operation.

        THANK YOU FOR YOUR BUSINESS HAVE A WONDERFUL DAY|||


CUSTOMER SIGNATURE _____     CUSTOMER TOTAL ......      $.00

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To
The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties,
Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or
Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes
Any Other Person To Assume For It Any Liability In Connection With This Sale.

Page  3

FROM :MEGAN                    FAX NO. :18106790092           May. 27 2004 01:30PM  P1

# Marlette Chrysler - Dodge - Jeep - RV

www.MarletteChrysler.com   www.MarletteRV.com

**State Reg. No.**
**F-141152**

**SERVICE INVOICE**

3755 S. Van Dyke Rd. Marlette, MI 48453  (989) 635-3613 FAX (989) 635-3092

Co.# 01

**Sold To:**

Salvador Leyva
16 N Flower St
CROSWELL        MI  48422

Business Phone: (810) 516-1706
Home Phone: (810) 679-4008

| Service Order Number | Service Advisor | VIN |
|---|---|---|
| 36799 | ANTHONY GOSS | 1TCA0839031702741 |

| Color | Year | Make/Model | License | Engine | Stk # |
|---|---|---|---|---|---|
| | 2003 | COACHMEN COUNTRY | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 35820 / 35821 | | | | 1 | |

| Tax Exempt | | Date/Time In | | Date/Time Out | |
|---|---|---|---|---|---|
| | | 3/24/2004 10:56 | | 4/22/2004 13:04 | |

--------------------email: ---------------------------------------------

```
LINE  1      CUSTOMER STATES UNIT WON'T START WITH KEY
TECH COMM:   REPLACED STARTER SOLENOID


REPAIR   1   RV REPAIRS
OPCODE: 49A                              SALE TYPE: CUSTOMER PA     $.00
PRIMARY TECH: MICHAEL MADISON


PARTS                    DESC        FP QTY     PRICE   SALE TYPE
CH        0STD SS605 SOLENOID  N  1    22.480 CUSTOMER PAY        $22.48

                                   LINE TOTAL                     $22.48
```
--------------------------------------------------------------------------
```
LINE  2      BATTERY LIGHT CAME ON WHILE DRIVING ON FREEWAY
             ALTERNATOR NOT CHARGING
TECH COMM:   UNABLE TO VERIFY CUSTOMERS CONCERN


REPAIR   1   ELECTRICAL
OPCODE: 08                               SALE TYPE: CUSTOMER PA     $.00
PRIMARY TECH: MICHAEL MADISON
```
--------------------------------------------------------------------------
```
LINE  3      CHECK ENGINE LIGHT KEEPS COMING ON
TECH COMM:   NO CHECK ENGINE LIGHT ON AT THIS TIME CUSTOMER TO
             TAKE TO CUMMINGS IN SAGINAW IN LIGHT RE-APPEARS
             DROVE UNIT TO INDIANA NO LIGHT ON AT THIS


REPAIR   1   ENGINE
OPCODE: 09                               SALE TYPE: CUSTOMER PA     $.00
PRIMARY TECH: MICHAEL MADISON
```
--------------------------------------------------------------------------
```
LINE  5      PASS FRONT LUGGAGE COMP SEAL LEAKS REPLACE WITH
             ORDERED PART
TECH COMM:   REPLACED SEAL


REPAIR   1   RV REPAIRS
OPCODE: 49A                              SALE TYPE: COACHMEN WA    WTY

PRIMARY TECH: THOMAS LAYMAN
```
--------------------------------------------------------------------------
```
LINE  6      SNAPPING NOISE IN FRONT BRAKES WHEN APPLIED
TECH COMM:   ADJUSTED FRONT BRAKES
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With This Sale.

FROM :MEGAN                    FAX NO. :18106790092          May. 27 2004 01:28PM  P3

# Marlette Chrysler - Dodge - Jeep - RV

www.MarletteChrysler.com   www.MarletteRV.com

State Reg. No.

F-141152

**SERVICE
INVOICE**

3755 S. Van Dyke Rd.  Marlette, MI 48453  (989) 635-3613  FAX (989) 635-3092                    Co.# 01

| Sold To: | | Service Order Number | Service Advisor | VIN |
|---|---|---|---|---|
| **Salvador Leyva** | | 36799 | ANTHONY GOSS | 1TCA0839031702741 |
| | Tag | Doc Count | Date/Time In | Date/Time Out |
| | | 1 | 3/24/2004 10:58 | 4/22/2004 13:04 |

```
-----------------------------------------------------------------------
REPAIR   1    BRAKES, SERVICE
OPCODE: 05                              SALE TYPE: CUSTOMER PA      $.00
PRIMARY TECH: MICHAEL MADISON
-----------------------------------------------------------------------
LINE   7      CUSTOMER STATES PASS SIDE REAR INNER TIRE LOSING
              AIR
TECH COMM:    COACHMEN REPAIRED

REPAIR   1    MISC. REPAIRS
OPCODE: 49                              SALE TYPE: CUSTOMER PA      $.00
PRIMARY TECH: MICHAEL MADISON
-----------------------------------------------------------------------
```

        THANK YOU FOR YOUR BUSINESS HAVE A WONDERFUL DAY|||

```
                              PARTS ..............    $22.48
                              TAX (MICHIGAN SALES )     $1.35
                              CUSTOMER TOTAL ......    $23.83
CUSTOMER SIGNATURE _____   PAYMENT (CASH/CHECK )    $23.83
```

The Manufacturers Warranty Constitutes All Of The Warranties With Respect To
The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties,
Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or
Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes
Any Other Person To Assume For It Any Liability In Connection With This Sale.

D.O.P.
9-29-0_

**REPAIR ORDER** 20062

| NAME | SALVADOR LEYVA |
|---|---|
| ADDRESS | 16 N FLOWER St. |
| CITY | CROSWELL | STATE MI | ZIP 48422 |

CHASSIS NO. ITCAC**9**D3170314

LICENSE NO. STATE 03 MODEL 85 GMC

MILEAGE IN / MILEAGE OUT
WARRANTY CLAIM NUMBER

CITY WARRANTY JASON B

| OPER NO. | TIME | MECH NO. | LABOR INSTRUCTIONS | AMOUNT |
|---|---|---|---|---|
| 1 | | | L.P & HOT SKIN TEST | |
| 2 | 3.4 uk | | CHASSIS DISCONNECT SOLENOID | |
| | | | INS-OP - INSTALL FREIGHTLINER | |
| | | | MANUAL STYLESHUT OFF | |
| | | | Had to Chase 5 terminal ends and isolate | |
| | | | wires hooked up through Disconnect switch | |
| | | | Medside Comp Had to Change in Disconnect | |
| | | | switch to bench. | |
| 3 | .5 uk | | ENTRY DOOR BULBS | |
| | | | screws missing in Entry door | |
| 54 | | | Had to Charge | |
| | | | installed new screws and Adj. | |
| | | | entry door | |

**PART NUMBER / DESCRIPTION**

| COST | QTY | PART NUMBER / DESCRIPTION | SALE |
|---|---|---|---|
| (2) | 1 | 94123 Battery Disconnect P14.90 | P14.90 |

START DATE 4/6/04
FINISH DATE

TERMS: □ CHG □ VISA   DATE 4-5-04

ALL PARTS ARE NEW
UNLESS SPECIFIED OTHERWISE

TOTAL PARTS & ACCESSORIES

P.O. NO. ____   SUBLET REPAIRS

TOTAL SUBLET REPAIRS

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE

| ESTIMATE | | |
|---|---|---|
| PARTS | $ | |
| LABOR | $ | |
| TOTAL | $ | |
| CUST ACCEPT | | |
| AUT'L ADD. | $ | |
| BY | | |
| TIME & DATE | | |

□ SAVE

| | DESC. | LABOR | PARTS ACCESS. | SUBLET REPAIRS | SHOP MATERIALS | TAX | TOTAL |
|---|---|---|---|---|---|---|---|

**NAME:** SALVADOR LEYVA

Handwritten service notes:
- ENTRY STEPS NOISY - SOUNDS LIKE GEARS STRIPED OR SHIPING
- R+R verified #6 off diversion steps.
- (2) and reinstall new bridge (1)
- NEW bridge steps.
- R+R bushing a lot of play & tort.
- 13 pieces of [...] a [...] by [...]
- [...] had to R+R end [...]
- 4920 as per Bob, so to [...]
- LEFT FRONT TRIM CRACKED
- MAKE UP TRIM? No P/R
- JASON

QTY: 4pc. bushing strips #390845

REPAIR ORDER 20064

DATE: 4-5-04
VIN: 1702541

NAME: SALVADOR LEYVA

TERMS: ☐ C   ☐ MC   ☐ VISA

ROAD SERVICE TO: WARRANTY JASON B

WARRANTY CLAIM NUMBER

| OPER. NO. | TIME | MECH. NO. | LABOR INSTRUCTIONS |
|---|---|---|---|
| 4A | C | bk | REAR WHEEL LINER & FRZ CENTER BOTH |
| (3A) | | | |
| 5A | 2.3 | bk | NOISE IN RADIO WHEN DEFROST |
| | | | Tried to adjust there is noise |
| | | | FANS ARE ON. |
| | | | adjustment done |
| | | | R+I Radio installed noise. |
| | | | Suppressor Tried suppressor devices |
| | | | Checked fans |
| 6A | 3 | bk | BACK UP MONITOR GETS |
| | | | STATIC CHECK & ADVISE |
| | | | No problem found |

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE

TOTAL SUBLET REPAIRS
TOTAL PARTS & ACCESSORIES
SUBLET REPAIRS
P.O. NO.

# CONSUMER℠ LEGAL SERVICES, P.C.

www.lemonauto.com

Ronald J. Bolz
Christopher M. Lovasz
Steven S. Toth
Mark P. Romano
Steven G. Stancroff
Troy T. Gorman
Christopher A. Winkler
Matthew W. Delezenne
Karl P. Heil
Brian M. Perkins

30928 Ford Road
Garden City, MI 48135
(734) 261-4700
Fax: (734) 261-4737

June 9, 2004

Ward M. Powers
44700 N. I-94 Service Dr.
Belleville, MI 48112

**RE:**   **2003 Coachmen Motor Home**
**VIN: 4UZAAJBVX2CL01064**

Dear Mr. Powers:

Please be advised that I represent Salvador Leyva regarding the sale of the above-referenced Motor Home purchased at Walt Michal's R.V. Center on or about September 29, 2002. Mr. Leyva, pursuant to the Michigan Uniform Commercial Code, which covers breach of express and implied warranties, revocation of acceptance and other rights and remedies, the Michigan Consumer Protection Act, the Federal Magnuson-Moss Warranty Act and other rights and remedies, does hereby revoke acceptance of the 2003 Motor Home and is prepared to file suit to effect revocation of acceptance, cancellation of the sale, return of the motor home, and payment to him of all monies expended, putting him back in the position he was prior to the contract.

Mr. Leyva intends to hold Walt Michal's R.V. Center and Coachmen R.V. Company, LLC, liable for all other foreseeable damages due to the nonconforming vehicle, including actual attorneys' fees incurred with enforcing his rights pursuant to the following: M.C.L.A. 445.911 Sec. 11(b)(2), 15 USC 2310(d)(2), M.C.L.A. 440.2715(1) <u>Cady v. Dick Loehr's</u>, 100 Mich App 543; 299 NW2d 69 (1980), MCLA 600.2919a.

EXHIBIT C

921 28ᵀᴴ Street S.E.
Grand Rapids, MI 49508
(616) 452-2000
Fax: (616) 452-2021

4680 W. Houghton Lake Drive
Houghton Lake, MI 48629
(989) 366-1006
Fax: (989) 366-4005

G-6044 S. Saginaw St.
Grand Blanc, MI 48439
(810) 603-2676
Fax: (810) 603-2677

Ward Powers
June 9, 2004
Page 2


     Since the date Mr. Leyva took delivery, the Motor Home has been in for repairs on at least ten (10) separate occasions and the vehicle has been out of service due to repair for at least 154 days.

     Please be advised that we are asserting an attorney's lien on any and all proceeds in this matter.  All further communications with Mr. Leyva must be directed through my office.

     Thank you for your anticipated cooperation.

          Very truly yours,

        CONSUMER LEGAL SERVICES, P.C.



          Steven S. Toth, Esq.

SST/jmy

CC:   Salvador Leyva