Leyva v. Coachmen, et al., No. 04-40171

## VERDICT FORM

We, the jury, answer the questions submitted to us as follows:

**QUESTION ONE**
Did Defendant Coachmen breach a written warranty?

Answer: __yes__ (Yes or No)

**QUESTION TWO**
Did Defendant Coachmen breach an implied warranty of merchantability?

Answer: __yes__ (Yes or No)

**QUESTION THREE**
Did Defendant Walt Michal breach an implied warranty of merchantability?

Answer: __yes__ (Yes or No)

If your answer to Questions One or Two is "yes", then go on to Question Four. If your answer to Question Three is "yes", then go on to Question Five. If your answers to Questions One, Two, and Three are "no", do not answer any further questions.

**QUESTION FOUR**
What is the total amount of Plaintiff's damages that have resulted from Defendant Coachmen's breach of warranty?

Answer: $ __77,898.79__

**QUESTION FIVE**
What is the total amount of Plaintiff's damages that have resulted from Defendant Walt Michal's breach of warranty?

Answer: $ __136,393.66__

Does your award involve the return of the RV to Defendant Walt Michal?

Answer: __yes__ (Yes or No)

Dated: September __21st__, 2005

__[signature: Roscoe C. Woods]__
Foreperson