UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALVADOR LEYVA,

       Plaintiff,

v.

COACHMEN RECREATIONAL VEHICLE
COMPANY, LLC, an Indiana limited
liability company, and, MICHAL
ENTERPRISES, INC. d/b/a WALT MICHAL'S
RV CENTER, a Michigan Corporation,
Jointly and Severally,

       Defendants.
_____/

Case No. 04-40171
Hon. Paul V. Gadola
Magistrate Judge R. Steven Whalen

## **CONSENT JUDGMENT**

    At a session of said Court, held in the United States Courthouse, City of Flint, County of Genesee, State of Michigan, on     June 1, 2006    

    PRESENT: HON.    PAUL V. GADOLA   
                         **U.S. DISTRICT COURT JUDGE**

    This action having been tried by a Jury commencing September 12, 2005, the Jury having reached a verdict on September 21, 2005, the Court entering a Judgment on September 23, 2005, Plaintiff having a Motion for Attorney Fees, Costs and Interest, Magistrate Judge R. Steven Whalen having issued a Report and Recommendation on May 4, 2006, and the parties having stipulated the following relief:

    IT IS ORDERED that Judgment is hereby entered against Defendants Coachmen Recreational Vehicle Company, LLC, and Michal Enterprises, Inc. in the

amount of Seventy-Two Thousand Four Hundred One and 63/100 Dollars ($72,401.63) for attorney fees and costs.

s/Paul V. Gadola<br>
<b>U.S. DISTRICT COURT JUDGE</b>

s/ Christopher A. Winkler
CHRISTOPHER A. WINKLER (P57431)
Attorney for Plaintiff
CONSUMER LEGAL SERVICES, P.C.
30928 Ford Road
Garden City, MI  48135
(734) 261-4700
cwinkler@lemonauto.com


s/ Thomas D. Esordi
THOMAS D. ESORDI (P45428)
JOHN M. SIER (P39336)
Attorneys for Defendants
KITCH DRUTCHAS WAGNER VALITUTTI
  & SHERBROOK
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
(313) 965-7446
 thomas.esordi@kitch.com

3

DET02\1114414.1